# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 MAR 17 PM 4:53
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ________ DEPUTY

MAIL BOXES ETC., INC.

vs

STUPS, INC. and STUART BERK

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0491 JAH POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Paul A. Reynolds
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

MAR 17 2008
DATE

K. HAMMERLY

By , Deputy Clerk



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc
www.FormsWorkflow.com