PAUL A. REYNOLDS (Bar No. 179656)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

SAMUEL B. ISAACSON (*pro hac vice* pending)
PETTER M. ELLIS (*pro hac vice* pending)
DLA PIPER US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601-1263
Tel. 312.368-4000
Fax: 312.236-7516

Attorney for Plaintiff
Mail Boxes Etc., Inc.

FILED
2008 MAR 17 PM 4:47
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KN17 DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MAIL BOXES ETC., INC.,**<br>**Plaintiff,**<br>**v.**<br>**STUPS, INC. and STUART BERK,**<br>**Defendants.** | CV NO. '08 CV 0491 JAH POR<br>**PLAINTIFF MAIL BOXES ETC., INC'S RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Mail Boxes Etc., Inc. ("MBE"), by its undersigned attorneys, states that MBE is a Delaware corporation and hereby certifies that United Parcel Service of America, Inc., a publicly held corporation, is the parent company of MBE.

Dated: March 17, 2008

DLA PIPER US LLP

By [signature]
PAUL A. REYNOLDS
Attorney for Plaintiff
Mail Boxes Etc., Inc.

ORIGINAL

**VERIFICATION**

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN DIEGO )

I, Don Higginson, declare:

That I am Senior Vice President of Franchise Relations for MAIL BOXES ETC., INC. a party to this action and am authorized to make this verification for and on its behalf, and I make this verification for that reason. I have read the foregoing Verified Complaint and am informed and believe, and on that ground allege that the matters stated in the Complaint are true.

I declare under penalty of perjury that the above is true and correct.

Executed this ____ day of March, 2008, at _______________.

_______________________________
Don Higginson