PAUL A. REYNOLDS (Bar No. 179656)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

SAMUEL B. ISAACSON (*pro hac vice to be filed*)
PETER M. ELLIS (*pro hac vice to be filed*)
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60610
Tel: 312.368.4000
Fax: 312.236.7516

Attorneys for Plaintiff
**MAIL BOXES ETC., INC.**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MAIL BOXES ETC., INC.,**<br>**Plaintiff,**<br>**v.**<br>**STUPS, INC. and STUART BERK,**<br>**Defendants.** | CV NO. 3:08-CV-00491-JAH-POR<br><br>**AFFIDAVIT OF DON HIGGINSON**<br><br>Date: To Be Determined<br>Time: To Be Determined<br>Judge: Hon. John A. Houston<br>Place: Courtroom 11 |

I, Don Higginson, being first duly sworn upon my oath, state:

1. I am over the age of 18. I have personal knowledge of the matters set forth below and can competently testify to them if and when called upon to do so.

2. I am currently Plaintiff Mail Boxes Etc., Inc.'s ("MBE") Senior Vice President of Franchise Relations. In April 1992, I was Senior Franchise Counsel in the MBE Legal Department. In my former capacity as Senior Franchise Counsel, and in my current capacity as Senior Vice President, I am familiar with the training, resources, and support that MBE provides to its franchisees.

3. MBE is the world's largest franchisor of independently owned and operated postal, business and communications centers, with more than 800,000 mailbox holders in the United States and thousands of locations worldwide, offering mail and parcel receiving, packaging, and shipping services and providing small businesses with a wide range of products and services across the United States and throughout the world.

4. MBE Center 5603 is located at 1963 Hempstead Turnpike, East Meadow, New York. Center 5603 is owned by Stups, Inc. Stuart Berk is the primary owner/operator of Center 5603 and, as such, conducts its day-to-day operations. A true and correct copy of the Franchise Agreement and related agreements are attached hereto as Exhibit A.

5. Throughout its existence, MBE has offered and provided services including: mailbox services with 24 hour access; copy services; binding and laminating services; specialty paper services; fax services; postal services; parcel shipping; freight shipping; packaging services; sale of shipping, packaging, mailing supplies and office supplies; printing services; notary services; passport photograph services; computer time rental; online services; among other services, all identified and promoted to the general public under the trademark, service marks, and trade names MAIL BOXES ETC., MBE MAIL BOXES ETC., and more recently, The UPS Store ™.

6. With almost 4,200 Mail Boxes Etc. and The UPS Store™ franchises, MBE is the predominant leader in this industry. Through its twenty years of experience, MBE has developed unique, proprietary business knowledge upon which the franchisee business model is specifically formulated. This information is shared with MBE's carefully selected franchisees through training and continuous business support, and provides the foundation upon which MBE franchisees successfully operate postal, packaging and communications centers in markets throughout the United States and abroad.

7. The postal, packaging, and communications business is complicated and requires expertise and knowledge not known to the general public. Examples of the aforementioned include, but are not limited to: (a) developing detailed familiarity with the products, services and terminology of the industry, (b) understanding which services and products generate the highest commercial margins, (c) learning how to maximize these potential profit centers, (d) developing expertise in alternative shipping materials and the art of properly packaging any item regardless of size, shape or other challenging characteristics, (e) amassing reliable working knowledge of the rules and regulations relating to sizes, weights, prohibited items and international requirements for shipping, (f) learning how to handle claims for lost and broken shipped items appropriately, and (g) understanding how to operate complex machinery, including industrial copy machines, facsimile, binding and laminating devices and passport photography equipment.

8. New franchisees frequently have little or no background in the postal, packaging, and communications business. Accordingly, MBE must train all its franchisees in every aspect necessary to run a successful MBE Center.

9. From the onset of the franchise relationship, MBE assists its new franchisees with choosing the site location for their MBE Center. Using marketing studies and complex demographic models developed by MBE, MBE can identify the most ideal location within a given territory in which to locate the new franchisee's MBE Center.

10. For those new franchisees that wish to use prefabricated designs to modularly construct some or all of their MBE Centers, MBE provides various suggested layouts, designating the location of the walls, counters, display racks, and equipment. If a new franchisee utilizes conventional construction, MBE approves the design of the new MBE Center to ensure that its configuration conforms to the successful Center designs MBE has developed based on its years of experience.

11. MBE provides extensive initial and continued training to its franchisees. At the outset, MBE requires the mandatory attendance of every franchisee at MBE University, which provides new franchisees with an intensive "crash-course," immersing students in all of the critical information they need to open and successfully operate an MBE franchise. In the MBE University training curriculum, new franchisees learn the business management, retail and sales skills specific to this rather unique industry that MBE has developed over the last 20 years.

12. Among other things, MBE conveys the following proprietary information and expertise to new franchisees to equip them with the necessary skills to operate a successful postal, packaging and communications center: (a) MBE's business model, (b) MBE's product and service pricing systems, (c) MBE's customer service methods, (d) MBE's business strategies, (e) MBE's preferred vendors, (f) MBE's marketing methods, (g) MBE's advertising theory and policies, (h) MBE's accounting and record-keeping methods, (i) effective approaches for hiring, firing and managing employees, (j) MBE's proven sales methods for its products and services, and (k) virtually every other business and technical skill needed to operate a postal, packaging and communications center on a day-to-day basis.

13. In addition to their attendance at MBE University, MBE continues to impart its business knowledge for the benefit of its franchisees throughout the franchise relationship. Like every other MBE franchisee, Mr. Berk either participated in, received or had available to it the following franchisee resources: (a) the MBE *Notes-N-News* newsletter, (b) periodic training videos, (c) quarterly local franchisee meetings, (d) bi-annual franchisee conventions, (e) MBEU Online training services, (f) "careport" audits that evaluate centers and provide ideas and feedback for the most successful operation, and (g) constant access to MBE's staff of professionals to assist with specific needs and concerns. MBE's staff provides its franchisees with continuing support, information, and advice on business, marketing, advertising, financial,

operational, technical, pricing, and legal matters. MBE provides these services by telephone, through written responses to inquiries, and, upon request, through on-site visits by MBE personnel to the franchisee's Center.

14. To further support its franchisees and bolster its national brand, MBE regularly conducts national advertising and public relations campaigns to promote the sale of products and services offered at all MBE Centers. MBE also produces national advertising and promotional materials that it provides to its franchisees at cost.

15. More recently, those advertising campaigns have advised customers that many Mail Boxes Etc. Centers were changing their name to The UPS Store™ and that The UPS Store™ will provide the same reliable service they have come to associate with the MBE name. For example, the homepage of the mbe.com website contains a box with The UPS Store™ logo and the statement "New Name. New Low UPS® Rates. Same Helpful Services."

16. MBE loans to each franchisee a copy of its confidential operational manual which contains information on supplies, merchandise, sales, services, equipment, marketing, and advertising. In addition, franchisees have access to MBE's proprietary pricing information, record keeping systems, accounting information, training programs, merchandising information and advertising information, as well as marketing and demographics specific to any given franchisee's area.

17. MBE leases to each franchisee its MBE Business Management System. This copyrighted Business Management System allows franchisees to track and sort royalty, accounting, and cash register data. The MBE Business Management System provides the franchisee with the complete accounting, administrative, and financial computer system needed to operate its MBE Center.

18. MBE imparts all of this to its franchisees solely to facilitate their efforts to operate

an MBE franchise with the greatest level of customer service quality and financial success. MBE protects a large percentage of the aforesaid information as confidential trade secrets. As such, MBE requires the confidentiality of such information in its Franchise Agreement and mandates the return of all such information at the end of its relationship with a franchisee. MBE operates with the expectation that it is contractually and legally protected from any improper use of its trade secrets by a former franchisee after the relationship terminates for any reason.

19. MBE's business formula is based on its proven system of location, reliability and convenience. After ten years, substantial customer goodwill and brand awareness exists in association with each MBE Center selling MBE products and providing MBE services based primarily upon the specific location of that center.

20. The operation of a store substantially similar to an MBE franchise, which sells identical products and services, in surroundings that look in most aspects the same as the former MBE franchise, confuses the local customer base that still associates the store with an MBE center. MBE's inability to ensure the maintenance of its high standards of service and quality of an independent store risks irreparably harming and diluting its brand, image and goodwill.

21. The continued operation of a substantially similar store, using identical products, services and means of doing business, in a store that looks in most aspects the same as a former MBE franchise, and with an owner that possesses knowledge of all MBE's trade secrets and confidential information, makes it impossible from a practical standpoint for MBE to locate a new franchise operation in that already developed territory. MBE has found that it takes a typical franchise approximately two years before it is operating to its full potential and is not as vulnerable to competition.

22. If Mr. Berk operates an independent postal, packaging and communications center in the location of his former MBE center, MBE cannot establish a new franchisee in that former

territory. Consequently, MBE will lose the goodwill and customer base developed in that territory and its other franchisees will be subject to Berk's unfair competition based on his misuse of MBE's confidential information.

23. Additionally, if Berk (and by extension, any other former franchisee) is permitted to open an independent center in the same location immediately upon the end of its franchise relationship with MBE, MBE's network of almost 4,200 other Mail Boxes Etc.® and The UPS Store® franchisees will eventually be destroyed due to the wholesale devaluation of the Mail Boxes Etc.® and The UPS Store® brands, business model, and the constant entry of competitors with recent unfair insight into MBE's trade secrets, business knowledge and strategies.

24. On March 13, 2008, MBE hand-delivered through security personnel a Notice of Material Default and Termination of Franchise Agreement for the UPS Store Center #5603 to Mr. Berk (the "Notice of Termination"). A copy of the Notice of Termination is attached hereto as Exhibit B). In that letter, MBE notified Berk that his Franchise Agreement would be terminated effective March 14, 2008 at 5:00 PM EST, unless Berk chose to pursue a sale of his franchise upon certain conditions acceptable to MBE.

25. Mr. Berk declined the opportunity to pursue the sale of his Center on conditions acceptable to MBE as stated in the Notice of Termination.

26. Consequently, on March 14, 2008, consistent with the Notice of Termination, MBE terminated Mr. Berk's Franchise Agreement and the corresponding grant of rights under the agreement. As a result of the termination of franchise rights for Center 5603, MBE disabled the software enabling a franchisee to properly conduct transactions through the approved integrated MBE computer system consistent with The UPS Store® platform. Specifically, upon termination of the franchise, MBE caused the Center's Point of Sale, Counter Manifest System and Mailbox Manager programs to be disabled, which will prevent Mr. Berk from, among other things,

scanning item prices during transactions, processing credit card transactions, processing packages for shipment, and issuing detailed customer receipts.

27. MBE will further seek to enforce all of the post-termination provisions of the Franchise Agreement, including complete de-identification of Center 5603 and the express provisions of the Non-Competition and Non-Solicitation Agreement.

**FURTHER AFFIANT SAYETH NOT.**

Don Higginson ____________ 3-17-08
Date

Subscribed and Sworn
before me on the 17 day
of March, 2008.

Leah F. Chapman
Notary Public In and For the State of California

LEAH F. CHAPMAN
Commission # 1631388
Notary Public - California
San Diego County
My Comm. Expires Jan 16, 2010