PAUL A. REYNOLDS (Bar No. 179656)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

SAMUEL B. ISAACSON (*pro hac vice to be filed*)
PETER M. ELLIS (*pro hac vice to be filed*)
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60610
Tel: 312.368.4000
Fax: 312.236.7516

Attorneys for Plaintiff
**MAIL BOXES ETC., INC.**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MAIL BOXES ETC., INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**STUPS, INC. and STUART BERK,**<br><br>**Defendants.** | CV NO. 3:08-CV-00491-JAH-POR<br><br>**AFFIDAVIT OF ROBERT KAUFMAN**<br><br>Date: To Be Determined<br>Time: To Be Determined<br>Judge: Hon. John A. Houston<br>Place: Courtroom 11 |

I, Robert Kaufman, being first duly sworn upon oath, state:

1. I am over the age of 18. I have personal knowledge of the matters set forth below and can competently testify to them if and when called upon to do so.

2. I am the District Consultant employed by Mail Boxes Etc, Inc. in the New York City region, including Nassau County, New York. As the MBE District Consultant for the New York region, my responsibilities include providing training and operational support to MBE franchisees located within my region known as Region No. 1. The MBE franchisees operate within Region No. 1 under "The UPS Store®" trade name, among others.

3. MBE Center 5603 is located within Region No. 1 at 1936 Hempstead Turnpike, East Meadow, New York. Center 5603 is owned by Stups, Inc. Stuart Berk is the primary owner/operator of Center 5603 and, as such, conducts its day-to-day operations.

4. In his dealings with MBE and its parent company, UPS, Inc., Mr. Berk has repeatedly expressed his extreme frustration to me about the operational assistance and support provided to him as an MBE franchisee.

5. Sometime in or about mid-2007, Mr. Berk left the following transcribed voice messages for me on my cellular telephone which I have kept and maintained to the present date:

> I had a fucking claim with Crawford and now they want more details and more details for a $160 Foreman griddle. Fuck Crawford, fuck UPS, fuck MBE - all you scumbags want to do is steal my fucking money. Someone better handle this cause I'm not taking care of it - cause I'm serious. And today is Tuesday, it's 10 after 10:00. So all you assholes that are out there jerking off someone better be in touch with me cause I've fucking had it.

* * *

> Bob, it's Stewart, I hope you and the rest of the crew is having a party down in New Jersey. [*Inaudible*] any more fucking calls to UPS and I don't have MBE here and UPS here. You know something? I'm gonna turn this to the fucking FedEx store because at least I have an honest answer from them and to help get support. I need people to call me, I need people here. I don't need people jerking off in New Jersey at some meetings that say "Oh, we're doing wonderful while everyone's going broke. You know Nero fiddled while Rome burned. Get somebody to come into my store and do this other bullshit work. I'm not fucking doing it anymore.

6. On or about, February 26, 2008, Mr. Berk left a series of voice messages for me. Excerpts from these transcribed voice mails are set forth below:

> Bob, it's now 12:00 o'clock and nobody knows where this fucking package is and I'm telling you as I'm speaking to you, all the drop offs are not leaving this store if I don't get this package back by 1:00 o'clock. I need it here. The guy's coming in to pick them all up. And I have I don't know how many packages and not one of them is leaving the store – not one drop off package is leaving this store if I don't get this package by 1:00 o'clock. And I think you

> know that I'm not kidding around, that I don't even give a fuck about their customers.
>
> * * *
>
> Bob, it's Stewart, it's now 3:07. Nobody knows where my package is. Nobody seems to care. And I want a refund for all 5 packages cause something so I can work it with my customer and do something for him because I just lost him. And I am not going to get out anymore drop-offs until I get me the money or my package, and I'm putting a hold on my account. They have one going out to Malecki and Diorio. Nobody seems to care – nobody wants to contact me. I'm gonna to do what I have to do because I'm not gonna to be stuck here with all my hard work and money and then get screwed. Could you reach out to somebody fine, if you can't, fine. But I have just taken a stand and that's my stand. Want to call? Call me back.
>
> * * *
>
> Bob, I just got a call from UPS security and they're making statements of false accusations so now I know I'm dealing with thieves and liars and stupid morons. They want to play the game, I'm not playing anymore. I'm going my way and hopefully there won't be a major body count. Give me a call cause as it was said in First Blood, it's not over until I say it's over.

7. Effective Friday March 14, 2008, at 5:00 pm EST, MBE terminated Mr. Berk's franchise.

8. On Saturday March 15, 2008, I observed that Mr. Berk's center was open for business. In fact, at my request an individual conducted a transaction in the center on that date. That person then provided me with the receipt for the transaction. A copy of the receipt for this transaction is attached hereto as Exhibit A.

9. In addition, on Saturday March 15, 2008, Mr. Berk continued to do business as "The UPS Store." Attached hereto as Exhibit B is a photograph which I took of the exterior signage for Mr. Berk's center on that date.

**FURTHER AFFIANT SAYETH NOT.**

Robert Kaufman

3/17/2008

Date

Subscribed and Sworn
before me on the 17 day
of March, 2008.

Notary Public In and For the State of New York

ROBERT H. SZCZUROWSKI
Notary Public, State of New York
No. 01SZ6124648
Qualified in Suffolk County
Commission Expires March 28, 2009



CHGO1\31106137.1