# EXHIBIT A

**Stuart Berk**
Owner

1936 Hempsted Turnpike
East Meadow, NY 11554

M - F 8 am - 6:30 pm
Sat 9 am - 4:30 pm, Sun. closed
516.794.1540 Tel
516.794.1585 Fax
store5603@theupsstore.com

www.theupsstore.com/5603.htm

**The UPS Store**

EXHIBIT A PAGE 5

# EXHIBIT B


The UPS Store