PAUL A. REYNOLDS (Bar No. 179656)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

SAMUEL B. ISAACSON (*pro hac vice to be filed*)
PETER M. ELLIS (*pro hac vice to be filed*)
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60610
Tel: 312.368.4000
Fax: 312.236.7516

Attorneys for Plaintiff
**MAIL BOXES ETC., INC.**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MAIL BOXES ETC., INC.,**<br>**Plaintiff,**<br>**v.**<br>**STUPS, INC. and STUART BERK,**<br>**Defendants.** | CV NO. 3:08-CV-00491-JAH-POR<br><br>**AFFIDAVIT OF LATASHA CHATMAN**<br><br>Date: To Be Determined<br>Time: To Be Determined<br>Judge: Hon. John A. Houston<br>Place: Courtroom 11 |

I, Latasha Chatman, being first duly sworn upon my oath, state:

1. I am over the age of 18. I have personal knowledge of the matters set forth below and can competently testify to them if and when called upon to do so.

2. I am employed by APAC Customer Service Incorporated ("APAC") as a customer service representative. UPS outsources its customer service call center to APAC. I work in a service group dedicated to "The UPS Store®" franchises and handle telephone calls made to the UPS Customer Service Center located in Newport News, Virginia.

3. On or about February 26, 2008, I received a telephone call from an individual who

identified himself as Stuart Berk.

4. Mr. Berk complained in the call about a lost package which he identified by its tracking number 1Z0064F20393830037. On the call, Mr. Berk stated he was going to blow up the UPS Customer Center in Nassau, New York and that he is a very dangerous man. Mr. Berk also stated that UPS was messing with his family money, that he had invested $300,000 with UPS, and that he was not going to let his family go down.

5. In light of Mr. Berk's threats to blow up a UPS Customer Center, I immediately escalated the call to my supervisor, Charles Kirkpatrick.

6. Following the call with Mr. Berk, I prepared on the same day a handwritten statement of my conversation with Mr. Berk. A true and correct copy of this statement, prepared and maintained in the ordinary course of business, is attached hereto as Exhibit A.

**FURTHER AFFIANT SAYETH NOT.**

[signature]
Latasha Chatman

3-17-2008
Date

Subscribed and Sworn
before me on the 17 day
of March, 2008.

OFFICIAL SEAL
NOTARY PUBLIC-COMMONWEALTH OF VIRGINIA
CHRISTINA MARIE JACKSON
CITY OF WILLIAMSBURG
ID # 7149641
My Commission Expires
February 28, 2011

Christine Marie Jackson
Notary Public in and for the State of Virginia