# EXHIBIT A

STATEMENT OF conversation with Stuart Berk DATE 2-26-08 LNL

LOCATION Newport News Call Center TIME 10:30AM

Latasha Chatman EMPLOYEE ID # ______

I, Latasha Chatman, voluntarily make the following statement to Robert Ward manager (UPS Site) knowing full well that no threats or promises have been made to me

regarding trk number 1Z0604E20393830037 regarding this pkg was sch for delivy but a tracer was inputted in the system. Spoke to the Nassau NY center and they stated they could not find the pkg and he was very upset ~~proceed~~ proceedings inc to make threats against UPS. Stating that he was going to blow up the UPS Customer Center and he is a very dangerous man. Explain to Stuart that the threats made was intolerable and he stated that UPS was messing with his family money. He stated that he has invested 300,000 with UPS and he was not going to let his family go down. He also stated that he wanted UPS Sales Rep Jeff Malecki to be fired and that he was

SUBSCRIBED AND SWORN TO
before me this ______ day
of ______, 20______

______
Notary Public, New Jersey

SIGNATURE [signature]

WITNESS [signature] [signature]

PAGE 1 OF 2 RW

EXHIBIT A PAGE 3

## ***STATEMENT CONTINUED***

**STATEMENT OF** LAtasha Chatman **ID #**________
**(PRINT NAME)**

going to handle him as well. Escalated the call to my supervisor and the call was then handled.

**SUBSCRIBED AND SWORN TO**
**before me this** ____________**day**
**of** ______________, **20**______

______________________
**Notary Public, New Jersey**

**SIGNATURE** [signature]

**WITNESS** [signature]

**PAGE** 2 **OF** 2

**EXHIBIT** A **PAGE** 4