PAUL A. REYNOLDS (Bar No. 179656)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

SAMUEL B. ISAACSON (*pro hac vice to be filed*)
PETER M. ELLIS (*pro hac vice to be filed*)
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60610
Tel: 312.368.4000
Fax: 312.236.7516

Attorneys for Plaintiff
**MAIL BOXES ETC., INC.**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MAIL BOXES ETC., INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**STUPS, INC. and STUART BERK,**<br><br>**Defendants.** | CV NO. 3:08-CV-00491-JAH-POR<br><br>**AFFIDAVIT OF STEPHEN HERNANDEZ**<br><br>Date: To Be Determined<br>Time: To Be Determined<br>Judge: Hon. John A. Houston<br>Place: Courtroom 11 |

I, Stephen Hernandez, being first duly sworn upon my oath, state:

1. I am over the age of 18. I have personal knowledge of the matters set forth below and can competently testify to them if and when called upon to do so.

2. I am employed by Mail Boxes Etc., Inc., as a security manager. In that capacity, I am familiar with the protocols of the company for documenting threats made by callers to UPS Customer Service Centers. When such threats are made, the customer service representative is required, among other things, to complete a written statement detailing the telephone call.

3. On or about February 27, 2008, I received a handwritten statement completed by

Latasha Chatman, a customer service representative at the UPS Customer Service Center located in Newport News, Virginia. Ms. Chatman reported in her handwritten statement about a telephone conversation she had had with Stuart Berk on February 26, 2008 at 10:30 am. A true and correct copy of Ms. Chatman's written statement is attached hereto as Exhibit A. In her statement, Ms. Chatman reported that Mr. Berk had complained in the telephone call about a package which he identified to her by its tracer number 1Z0064F2039383007. Ms. Chatman also reported that Mr. Berk stated "he was going to blow up the UPS Customer Center and he is a very dangerous man.....that UPS was messing with his family money[, and] that ....he has invested 300,000 with UPS and he was not going to let his family go down." The report concluded with the statement that Ms. Chatman had escalated the call to her supervisor who then handled the call.

4. A subsequent investigation conducted at my direction and under my supervision confirmed that Stuart Berk, the operator of MBE Center 5603, in fact, had extensive conversations with UPS and MBE personnel about tracking number 1Z0064F2039383007 in addition to those detailed above on February 26, 2008. In those conversations, Mr. Berk complained about a lost package which he identified with the same tracer number reflected in Ms. Chatman's written statement.

5. UPS and MBE security supervisors have reported Mr. Berk's threat to the Nassau County Police Department.

6. On March 13, 2008, I personally delivered a letter to Mr. Berk at approximately 9:30 a.m. A true and correct copy of this letter is attached hereto as Exhibit B. I was

accompanied by officers from the Nassau County Police Department.

**FURTHER AFFIANT SAYETH NOT.**

Stephen Hernandez 3-17-08

Stephen Hernandez Date

Subscribed and Sworn before me on the 17th day of March, 2008.

Notary Public in and for the State of Georgia

CYNTHIA E. JOHNSON
NOTARY PUBLIC, FULTON COUNTY, GEORGIA
MY COMMISSION EXPIRES NOVEMBER 22, 2009