UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIL BOXES ETC., INC., Plaintiff, v. STUPS, INC. and STUART BERK, Defendants. | Civil No.08cv0491 JAH (POR) **ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER [Doc. No. 4]** |

On March 17, 2008, Plaintiff, Mail Boxes Etc. ("MBE"), filed a complaint seeking injunctive relief and monetary damages for trademark infringement and breach of contract. Plaintiff filed a motion for temporary restraining order on March 18, 2008. Plaintiff seeks an order enjoining Defendants, their agents, servants, employees and persons in active concert with them from (1) using and displaying MBE's trademarks, service marks or any other logos, symbols or trade dress in connection with advertising, distribution or display for sale of any product or service; (2) making any statement or representation or performing an act likely to lead the public to believe Defendant's store is associated in any with or authorized by MBE; (3) taking an action likely to dilute the distinctive quality of MBE's registered MBE Marks or any other action likely to tarnish MBE's reputation; and (4) otherwise infringing MBE's trade name, trademark or service marks or otherwise competing unfairly. The Court finds it appropriate to hold a hearing on Plaintiff's motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. A hearing on Plaintiff's motion for temporary restraining order will be held

before this Court on **April 1, 2008 at 2:30 p.m.**

2. Plaintiff shall serve a copy of the motion and this Order on Defendants **no later than close of business March 20, 2008**.

3. Defendants shall file and serve a response to the motion **no later than noon March 24, 2008**.

4. If Plaintiff wishes to file a reply, Plaintiff shall file a reply **no later than close of business March 25, 2008**.

DATED: March 18, 2008

JOHN A. HOUSTON
United States District Judge