# EXHIBIT B

Stuart Mathis

-----Original Message-----
From: Stuart Berk [mailto:store5603@theupsstore.com]
Sent: Tuesday, October 04, 2005 8:22 AM
To: Jones Rodney (WQQ1RMJ)
Cc: Mathis Stuart; forestieri carl (UPS)
Subject: Center 5603

Dear Rodney,

I want to take the time to thank you for all your help that you and the people of MBE have given me. Unfortunately the problems that have arisen are through Colliers in St Louis and ICON. Colliers is very good at asking for money but when it comes to performance, they claim that nothing is their responsibility. Everytime I go to them with a problem their story changes, and I just end up getting the run around.

I opened my center on September 26, 2005, I have 1600 square feet in a busy shopping plaza and have been without a sign going on 2 weeks, and don't expect to have a permanent sign for another 2 weeks. Customers pass by not knowing if the store is in fact open. ICON received my payment on August 19th but failed to mail in the permits until September 21st. They sent me a banner which is so small no one can see it. You sent me a banner last week which is 10 feet by 4 feet that I am trying to put up, but at least it is big enough for people to see. ICON has no idea when the permits will be signed and therefore I have no recognition on the main road telling people the store is even here.

As I am sending you this email I am watching the seams on my desk and file cabinet come apart. Colliers says that they need a second opinion, I want new furniture now, since I did not pay goods only to have them broken 2 weeks in.

In closing I can only say that working with MBE is easy and all the people are helpful; however, working with the vendors and concessions that I have mentioned has been a horrible experience. They lack the same professionalism and integrity that I receive from MBE. While I am doing some business I feel that sign and equipment of a new center should be first rate and not a constant battle for these firms not extending themselves to make everything right in a timely manner.

Again thank you for all your help Rodney and I look forward to meeting you when you are in New York

Stuart Berk

Store5603

Phone- 516-794-1540

# EXHIBIT C

Stuart

The region coordinators reviewed this on our call last week and are working with UPS on the messaging. We also reviewed this with UPS; we discussed the franchisee's concerns and how this impacts our business. we in the process of coming up with a solution we'll keep you posted.

Jay, Bob

Please reach out to Stuart and review this with him. Also, get Faith' contact information (FAC) for Stuart.

All the best,
Steve

Steve Dandrea
MBE/The UPS Store
North East Region Coordinator
Office 973.839.6942
Cell 917.297.9510
Fax 973.839.3244

-----Original Message-----
From: Stuart Berk [mailto:store5603@theupsstore.com]
Sent: Monday, June 25, 2007 10:35 AM
To: DANDREA STEVE (NYC1SSD)
Cc: Schlessinger Jay (GMS); Kaufman Robert (GMS)
Subject: ebay-31% discount off retail

steve,

i just read an ad telling ebay users to ship with ups and receive a discount up to 31% off the retail rate. the ups store owners just got ****** and not even kissed. i cannot beleive that at the network meeting this month sheree gave the presentation about working with ebay and never mentioned what was going to happen.this was not an overnight decission but something in the works for a while. when ismbe going to stick-up for the storeowners or are they afraid that they will lose their jobs? the answer is simple, enough stores will go out of business and mbe and it's employees will be out of work.what was a $25.00 customer is now a $1.00 drop-off. there are a few remedies for this disaster, the best one being since ups is giving 31% off to strangers why not give the stores anadditional 31% discount and mbe should kick in and give 31% off royalties. i would contact the fac but i

need a phone number and the person to contact. i would go to the convention in las vegas but who can afford the trip with ups stealing our accounts. i would appreciate a response as to what todo or who to contact.

stuart berk

store 5603

# EXHIBIT D

Date: Thu, 15 Mar 2007 12:30:26 -0700
From: "Stuart Berk" <store5603@theupsstore.com> Add to Address Book Block Sender Allow Sender
To: "Stuart Berk" <store5603@theupsstore.com>
Subject: UPS,MBE -What can Brown do to you? An open letter to Stuart Mathis Allow Subject
X-Mailer: USANET web-mailer (CM.0402.7.54)
Mime-Version: 1.0
Message-ID: <181LcoTdA4346S29.1173987026@cmsweb29.cms.usa.net>

---

Storeowners,

I have a few questions that needed to be addressed by the powers in San Diego. The new logo says "MBE" a UPS company. If this is true why are the two companies undermining the UPS Stores. First look at the promotion that Staples is offering. $2 off shipping charges for up to 4 packages. Staples has the shield which leaves customers to beleive that they are part of UPS. As storeowners we do not have this shield. When the consumer goes to Staples guess what he sees, a professional copy and document service area with more equipment then most of the UPS stores have. This means that all the work MBE is trying to do to push document services is lost by UPS pushing our potential customers to Staples. The next marketing sector is the moving box sale, guess who sells moving boxes and supplies, Staples. By permitting Staples to under cut our prices and display the UPS Shield they are hurting one of their own companies. Is MBE a tax loss or shelter for UPS, or are they looking to drain the money from store owners. UPS has rolled out a new program,UPS Delivery Intercept, which again will only hurt the stores. A customer ships on Monday, then on Tuesday realizes that he gave you the wrong address. The scenario plays out very simply, first you call UPS to correct the address and you get charged $10. Now the fun begins, you must now tell your customer that he has to come back to your store and pay the$10 fee. What if this is a first time customer do you really think he is coming back in to pay an extra $10. If you tell the customer to come and pay the $10 fee so you can call UPS this may be the last time you see this customer. Staples is large enough to absorb these fees at no cost or antaganizing the consumer. There are many issues in which the UPS Stores are at the short end of the stick while we represent UPS we are not treated with any special considerations. MBE must get a backbone and demand better treatment from UPS. The stores need better rates, more compensation for drop-offs, and if we are part of UPS then "FREE" Shields to display our company logo.Nothing lasts forever, and ENRON is an example as was WT GRANT and Montgomery Ward etc. Lets try to make the UPS Stores profitable and a true representation of a parent company UPS.
Stuart Berk

Store 5603

# EXHIBIT E

Date: Mon, 14 Jan 2008 10:05:08 -0700
From: "Stuart Berk" <store5603@theupsstore.com> Add to Address Book Block Sender Allow Sender
To: <store1961@theupsstore.com>
Subject: Fwd: RE: UPS is Stealing our drop-off customers Allow Subject
X-Mailer: USANET web-mailer (CM.0402.7.83)
Mime-Version: 1.0
Message-ID: <522maNRei9012S02.1200330308@cmsweb02.cms.usa.net>

--------------------------------------------------------------------------------

Rich,

What can we do about this?

Stuart

Forwarded message is attached.

Attached Message

Received: from gwsin02.mbox.net [165.212.64.14] by cmsmail03.cms.usa.net via mtad (C8.MAIN.3.40I) with ESMTP id 519maNPgC1187M03; Mon, 14 Jan 2008 15:06:28 -0000
Return-Path: <sdandrea@ups.com>
Received: from gwsin02.mbox.net [127.0.0.1] by gwsin02.mbox.net via mtad (C8.MAIN.3.40I) with ESMTP id 807maNPgA0142Ms2; Mon, 14 Jan 2008 15:06:26 -0000
Received: from esmail02.eservices.usa.net [165.212.64.9] by gwsin02.mbox.net via mtad (C8.MAIN.3.40I) with ESMTP id 776maNPgy0274Ms2; Mon, 14 Jan 2008 15:06:24 -0000
X-USANET-Routed: 1 gwsin-bmrelay Q:bmrelay
X-USANET-Routed: 2 gwsin-vs R:localhost:1825
X-USANET-Routed: 100 IN-RELAY R:cmsbackend.postoffice.net:525
Received: from ups.com [153.2.234.93] by esmail02.eservices.usa.net via smtad (C8.MAIN.3.34P) with ESMTPS id XID655maNPgy3722Xma; Mon, 14 Jan 2008 15:06:24 -0000
X-USANET-Source: 153.2.234.93 IN sdandrea@ups.com ups.com
X-USANET-MsgId: XID655maNPgy3722Xma
Received: from ([153.2.23.153]) by tessa11.ups.com with ESMTP id 5503510.10184267; Mon, 14 Jan 2008 10:05:57 -0500
Received: from njrarsvr038c.us.ups.com ([153.2.23.114]) by njrarsvr2787.us.ups.com with Microsoft SMTPSVC(5.0.2195.6713); Mon, 14 Jan 2008 10:05:57 -0500
Content-class: urn:content-classes:message

MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="----_=_NextPart_001_01C856BE.F78DA2EE"
X-MimeOLE: Produced By Microsoft Exchange V6.0.6619.12
Subject: RE: UPS is Stealing our drop-off customers
Date: Mon, 14 Jan 2008 10:05:57 -0500
Message-ID:
<7D5EBB8E21182A4B9DF959F3D27C467E26AD5C@njrarsvr038c.us.ups.com>
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: UPS is Stealing our drop-off customers
Thread-Index: AchVVBBZNx1igFkKTyuIOW9KA DongBalBXQ
From: <sdandrea@ups.com>
To: <store5603@theupsstore.com>
X-OriginalArrivalTime: 14 Jan 2008 15:05:57.0819 (UTC)
FILETIME=[F79E70B0:01C856BE]

Stuart,

This has been reviewed at all levels of the organization. UPS has placed toppers on The UPS Letter boxes that direct customers to " The UPS Store" to offset some of the potential impact. UPS informed us last year that they needed to do this in order to compete with FEDEX and DHL.

All the best,
Steve

Steve Dandrea
MBE/The UPS Store
North East Region Coordinator
Office 973.839.6942
Cell 646.573.3744
Fax 973.839.3244

-----Original Message-----
From: Stuart Berk [mailto:store5603@theupsstore.com]
Sent: Saturday, January 12, 2008 2:48 PM
To: DANDREA STEVE (NYC1SSD)
Subject: UPS is Stealing our drop-off customers

Steve,

Unless I miss understood the latest issue of news and notes UPS is now accepting ground packages in drop boxes. This is another way that UPS is "STEALING" from the stores taking away our drop-off income. This drives people away from the stores not to them. It is about time MBE said enough is enough. Maybe if all the stores stopped paying their UPS bills for a month then UPS would realize that MBE is an important customer. Does Stuart Mathis have any idea what impact this will have on the stores, or are all the people in San Diego afraid to rock the boat with UPS. I am tired of being treated as a second class citizen by UPS.

Stuart Berk

Store#5603