# EXHIBIT F

Date: Tue, 22 Jan 2008 14:00:18 -0700
From: "Stuart Berk" <store5603@theupsstore.com> Add to Address Book Block Sender Allow Sender
To: "tupss@ups.com" <tupss@ups.com>
Subject: Re: SHPR#0064F2 TRK#1Z0064F20356328810 [Request: 080116-010506] Allow Subject
X-Mailer: USANET web-mailer (CM.0402.7.83)
Mime-Version: 1.0
Message-ID: <895maVu8s5166S03.1201035618@cmsweb03.cms.usa.net>
Content-Type: text/html; charset=ISO-8859-1

--------------------------------------------------------------------------------

UPS,

This package was shipped Dec.12th. and delivered Jan 15th. because it was misplaced in one of your facilities. a refund is due. Stop playing games and issue a refund.

Stuart Berk

Phone 516-794-1540

------ Original Message ------
Received: 10:29 AM MST, 01/17/2008
From: "tupss@ups.com" <tupss@ups.com>
To: store5603@theupsstore.com
Subject: SHPR#0064F2 TRK#1Z0064F20356328810 [Request: 080116-010506]

Subject
SHPR#0064F2 TRK#1Z0064F20356328810

Discussion Thread
Response (David Griffin) 01/17/2008 12:29 PM
Dear Stuart,

Thank you for your inquiry. Any UPS Ground (commercial and residential) shipments that are picked up or scheduled to be delivered between December 11 and December 24 are not eligible for Guaranteed Service Refund. I apologize for the late delivery of your package.

If we may assist you in the future, please don't hesitate to contact us.

David Griffin
UPS Retail Preferred Customer Team
1-800- 877-1760
tupss@ups.com
Customer 01/16/2008 03:50 PM
Retail PCA Group,

Request for follow up on GSR issue.

Tracking number: 1Z0064F20356328810

shipper number:0064F2

Shipper contact name: STUART BERK

Shipper phone number: (516) 794-1540

Shipper email address:store5603@theupsstore.com
Customer's name: FIRE END

Customer's telephone number: N/A

Address check should be sent to: THE UPS STORE @ 1936 HEMPSTEAD TPKE EAST MEADOW NY 11554

Question/Problem: Per Mr berk, pkg was manifested & pu on 12/12/07.. He does not know what happened to this pkg,,. But the next scan that shows up on this tracking# is 1/12/08 in meadowlands nj.. Shpr is not in meadowlands,, wants to know what happened to this pkg to why it had took a month to deliver.. Insist that someone look into this & give refund of charges.. Csr did not make any guarantees.. Insist on explanation

Audrey Simmons
UPS Preferred Customer Team
1-800-877-1760
audreysimmons@ups.com
Auto-Response 01/16/2008 03:50 PM
Dear UPS Preferred Customer,

Thank you for your recent e-mail inquiry. Our Preferred Customer Associates are working to address your request.

In order to ensure timely resolution of your inquiries, please send future e-mail support requests to preferred.us@ups.com.

Sincerely,

UPS Preferred Customer Support
1-800-377-4877
Preferred.us@ups.com

It's Not Just E-Mail, It's UPS E-Mail

Click here to sign up for e-mail updates to help your business stay on top of the latest UPS promotions, services and shipping updates.

# EXHIBIT G

Sent: Wednesday, May 23, 2007 1:34 PM
To: DANDREA STEVE (NYC1SSD)
Cc: Kaufman Robert (GMS)
Subject: claim coin vault

steve,

as of this morning the claim has not been finalized. i told my customer after all the e-mails on monday that it was all taken care of and the check was to be cut and sent out. i now find out that the claim was not finalized and no check was cut. thanks for making me a liar to one of my better customers. i just shipped two more coin vaults via ups freight and charged his credit card which i have, people trust me since i do not lie, and he wants an answer now or he is going to put a hold on the charges. tell crawford i need the check here this week or i am in a major problem since i needed his money for the last shipment to pay bills.

stuart berk

store5603

phone 516-794-1540

# EXHIBIT H

Date: Wed, 14 Nov 2007 12:43:40 -0700
From: "Stuart Berk" <store5603@theupsstore.com> Add to Address Book Block Sender Allow Sender
To: <smathis@mbe.com>
Subject: No Listing In Verizon Yellow Pages and Wrong Directions to Store Allow Subject
CC: <dhigginson@mbe.com>, <tcrockett@mbe.com>, <ehankins@mbe.com>, <sdandrea@ups.com>, <jaschlessinger@mbe.com>, <rkaufman@mbe.com>
X-Mailer: USANET web-mailer (CM.0402.7.80)
Mime-Version: 1.0
Message-ID: <232LkNTQO2512S09.1195069420@cmsweb09.cms.usa.net>
Content-Type: text/html; charset=ISO-8859-1

--------------------------------------------------------------------------------

Stuart,

I just received my verizon yellow pages and Wahlstrom left my store out. What am I supposed to do? It is bad enough that the directions to my store are wrong, but this is the topper. If I am a UPS store make me visible. I need this problem corrected now. I can not afford to advertise that I am here. I signed up for thePPS program because I thought that was the right thing to do and now I am being punished for being a team player. MBE has got to step-up to the plate and remedy this major problem or am I just an ASO who pays royalties and receives no recognition. Someone has to contact me ASAP with a solution.

Stuart Berk

Store 5603

Phone 516-794-1540

Date: Fri, 16 Nov 2007 15:02:58 -0700
From: "Stuart Berk" <store5603@theupsstore.com> Add to Address Book Block Sender Allow Sender
To: "Budwine, Kerri (CYP-WAH)" <kbudwine@wahlstrom.com>
Subject: RE: Verizon Allow Subject
X-Mailer: USANET web-mailer (CM.0402.7.80)
Mime-Version: 1.0
Message-ID: <468LkPwB71912S15.1195250578@cmsweb15.cms.usa.net>

--------------------------------------------------------------------------------

Kerri,

I am coming into the store Saturday to try and find the fax confirmation. When and if I do find the confirmation what are you (Wahlstrom) going to do, rewrite the Verizon Book and redistribute it before Thanksgiving? Lets not play games and be legimate.

Stuart Berk

Store5603

------ Original Message ------
Received: 02:30 PM MST, 11/16/2007
From: "Budwine, Kerri (CYP-WAH)" <kbudwine@wahlstrom.com>
To: "Stuart Berk" <store5603@theupsstore.com>
Cc: <sdandrea@ups.com>, <jaschlessinger@mbe.com>, <tcrockett@mbe.com>, <rkaufman@mbe.com>
Subject: RE: Verizon

Mr. Berk:

I will be happy to check into that. Do you have any back up, fax confirmations, etc. that prove you sent the contract. Wahlstrom can not be responsible for anything that is said it was sent if we do not have that back up, nor a contract in hand.

Please check your records and your fax memory and advise me if you have anything that you can send to me.

Regards,

KERRI BUDWINE
Account Director

6261 Katella Avenue
Cypress, CA 90630
714.229.7862 • Fax 714.229.7850 Cell 714-614-4268

---

From: Stuart Berk [mailto:store5603@theupsstore.com]
Sent: Friday, November 16, 2007 1:05 PM
To: Budwine, Kerri (CYP-WAH)
Cc: sdandrea@ups.com; jaschlessinger@mbe.com; tcrockett@mbe.com; rkaufman@mbe.com
Subject: Verizon

Kerry,

I am a UPS Store owner in Nassau County in New York and and on Wed. when I received my Verizon Yellow Book my store was omited from the listings. I sent my contract back on July 27th. Now the fun begins,Kathy Kelly says she never received the signed contract and I sent it. What can be done to rectify this problem. Peak season starts next Friday and I have no listings. This is an emergency that must have a solution now not inafew weeks. please contact me ASAP since peak season starts Friday Nov.23rd.

Stuart Berk

Store5603

Phone 516-794-1540

Date: Fri, 16 Nov 2007 13:18:00 -0700
From: "Stuart Berk" <store5603@theupsstore.com> Add to Address Book Block Sender Allow Sender
To: <sdandrea@ups.com>
Subject: Wahlstrom Screw-Up Allow Subject
CC: <jaschlessinger@mbe.com>, <rkaufman@mbe.com>
X-Mailer: USANET web-mailer (CM.0402.7.80)
Mime-Version: 1.0
Message-ID: <132LkPuRa2728S28.1195244280@cmsweb28.cms.usa.net>
Content-Type: text/html; charset=ISO-8859-1

--------------------------------------------------------------------------------

Steve,

I am coming in Saturday to try to find the fax confirmation for the signed contract. Even if I find it what is Wahlstrom going to do? The damage has been done and peak season is here. I spoke to Wahlstrom and they said that they have to wait until the manager comes in next week. This means that anything that they would do for me will not happen for at least two weeks until they get organized and by then all advertising space is booked-up so I lose peak season. MBE must stickup for the storeowners or doesn't the storeowner mean anything to MBE. Being told to wait until Monday for Bob seems like a stall tactic. Wahlstrom should do a mailing to all the homes and residences in both East Meadow and Westbury for the weeks of Dec. 3rd.,10th.,and17th. at their expense since they make the mistake and not me. At this point MBE must step in to save my store or should I file Chapter 11 now and avoid the rush in January. If you have any suggestions on what can be done I am more then glad to listen.

Stuart Berk

Store 5603

Date: Sat, 17 Nov 2007 07:56:27 -0700
From: "Stuart Berk" <store5603@theupsstore.com> Add to Address Book Block Sender Allow Sender
To: <kbudwine@wahlstrom.com>
Subject: Fwd: Wahlstrom-Screw-up Allow Subject
X-Mailer: USANET web-mailer (CM.0402.7.80)
Mime-Version: 1.0
Message-ID: <967Lkqo4b7990S29.1195311387@cmsweb29.cms.usa.net>

--------------------------------------------------------------------------------

Forwarded message is attached.
Attached Message

Received: from 68.194.66.92 [68.194.66.92] by cmsweb01.cms.usa.net (USANET web-mailer CM.0402.7.80); Sat, 17 Nov 2007 14:47:20 -0000
Date: Sat, 17 Nov 2007 07:47:20 -0700
From: "Stuart Berk" <store5603@theupsstore.com>
To: <sdandrea@ups.com>
Subject: Wahlstrom-Screw-up
CC: <jaschlessinger@mbe.com>, <rkaufman@mbe.com>, <dhigginson@mbe.com>, <tcrockett@mbe.com>, <ehankins@mbe.com>, <smathis@mbe.com>
X-Mailer: USANET web-mailer (CM.0402.7.80)
Mime-Version: 1.0
Message-ID: <878LkqoUu0868S01.1195310840@cmsweb01.cms.usa.net>
Content-Type: text/html; charset=ISO-8859-1

Steve,

Even though I am just recovering from major surgery I came into my store today(Saturday) at 7:45 AM to look for the fax confirmation I sent to Wahlstrom and after one and a half hours I found it. Now what is Wahlstrom going to do? I do not appreciate vendors (Wahlstrom) that I pay questioning my honesty. MBE has a fiduciary obligation to stand up for their stores. I realize that today is Saturday but being this is an urgent matter I need resolution Monday or am I to assume that because Wahlstrom pays MBE a commission that MBE will side with them and leave me (the store owner) getting screwed. Please contact me ASAP with any solutions.

PS: I have been trying to get the directions to my store corrected since July, when will this be done or am I to assume that it just doesn't matter.

Stuart Berk

Store# 5603

Phone 516-794-1540

Date: Wed, 21 Nov 2007 09:38:43 -0700
From: "Stuart Berk" <store5603@theupsstore.com> Add to Address Book Block Sender Allow Sender
To: "Budwine, Kerri (CYP-WAH)" <kbudwine@wahlstrom.com>
Subject: Re: Mailer-Holiday Post Card for Shipping and Packaging Allow Subject
X-Mailer: USANET web-mailer (CM.0402.7.80)
Mime-Version: 1.0
Message-ID: <642Lkuqlr9180S13.1195663123@cmsweb13.cms.usa.net>

---

Kerri,

The ads look good. I just want to confirm the two zip codes are East Meadow, NY 11554 and Westbury NY 11590. I will call you later.

Stuart

------ Original Message ------
Received: 06:05 PM MST, 11/20/2007
From: "Budwine, Kerri (CYP-WAH)" <kbudwine@wahlstrom.com>
To: "Stuart Berk" <store5603@theupsstore.com>
Cc: <sdandrea@ups.com>, <jaschlessinger@mbe.com>
Subject: Mailer-Holiday Post Card for Shipping and Packaging

I left you a message on VM at the store. We have 16,676 that can go out. It is best to use the Corporate approved copy as I have it on file and it can be mailed immediately. We will have our mailing house add the labels and send out tomorrow. Please confirm your address and phone number which will appear in the right hand corner of the post card.

The UPS Store
1936 Hempstead TPKE
East Meadow, NY 11554
Ph: 516-794-1540

Regards,

Kerri

---

From: Stuart Berk [mailto:store5603@theupsstore.com]
Sent: Friday, November 16, 2007 2:03 PM

To: Budwine, Kerri (CYP-WAH)
Subject: RE: Verizon

Kerri,

I am coming into the store Saturday to try and find the fax confirmation. When and if I do find the confirmation what are you (Wahlstrom) going to do, rewrite the Verizon Book and redistribute it before Thanksgiving? Lets not play games and be legimate.

Stuart Berk

Store5603

------ Original Message ------
Received: 02:30 PM MST, 11/16/2007
From: "Budwine, Kerri (CYP-WAH)" <kbudwine@wahlstrom.com>
To: "Stuart Berk" <store5603@theupsstore.com>
Cc: <sdandrea@ups.com>, <jaschlessinger@mbe.com>, <tcrockett@mbe.com>, <rkaufman@mbe.com>
Subject: RE: Verizon

Mr. Berk:
I will be happy to check into that. Do you have any back up, fax confirmations, etc. that prove you sent the contract. Wahlstrom can not be responsible for anything that is said it was sent if we do not have that back up, nor a contract in hand.
Please check your records and your fax memory and advise me if you have anything that you can send to me.
Regards,
KERRI BUDWINE
Account Director

6261 Katella Avenue
Cypress, CA 90630
714.229.7862 • Fax 714.229.7850 Cell 714-614-4268

---

From: Stuart Berk [mailto:store5603@theupsstore.com]
Sent: Friday, November 16, 2007 1:05 PM
To: Budwine, Kerri (CYP-WAH)
Cc: sdandrea@ups.com; jaschlessinger@mbe.com; tcrockett@mbe.com; rkaufman@mbe.com
Subject: Verizon

Kerry,

I am a UPS Store owner in Nassau County in New York and and on Wed. when I received my Verizon Yellow Book my store was omited from the listings. I sent my contract back on July 27th. Now the fun begins,Kathy Kelly says she never received the signed contract and I sent it. What can be done to rectify this problem. Peak season starts next Friday and I have no listings. This is an emergency that must have a solution now not inafew weeks. please contact me ASAP since peak season starts Friday Nov.23rd.

Stuart Berk

Store5603

Phone 516-794-1540

Date: Tue, 11 Mar 2008 14:43:08 -0700
From: "Stuart Berk" <store5603@theupsstore.com> Add to Address Book Block Sender Allow Sender
To: "Budwine, Kerri (CYP-WAH)" <kbudwine@wahlstrom.com>
Subject: Re: Mailing Allow Subject
X-Mailer: USANET web-mailer (CM.0402.7.83)
Mime-Version: 1.0
Message-ID: <070mckVQi5388S09.1205271788@cmsweb09.cms.usa.net>
Content-Type: text/html; charset=ISO-8859-1

-------------------------------------------------------------------------------

Kerri,

My name is not Stan. Since you made that mistake I would like to verify that the information about my store is correct before you mail it out.

Stuart Berk

Store # 5603

------ Original Message ------
Received: 02:16 PM MST, 03/11/2008
From: "Budwine, Kerri (CYP-WAH)" <kbudwine@wahlstrom.com>
To: <store5603@theupsstore.com>
Subject: Mailing

Stan-

Here is the ad going out for your next mailing. It is being printed today and mailed tomorrow. Your contact information appears on the back of the post card.

Kerri

> ---------------------------------------------
> Attachment: 4102015TUPSS_LiveTxt.pdf
> MIME Type: application/octet-stream
> ---------------------------------------------

# EXHIBIT I

Received: from 68.194.66.92 [68.194.66.92] by cmsweb09.cms.usa.net (USANET web-mailer CM.0402.7.83); Tue, 26 Feb 2008 14:59:44 -0000
Date: Tue, 26 Feb 2008 07:59:44 -0700
From: "Stuart Berk" <store5603@theupsstore.com> Add to Address Book Block Sender Allow Sender
To: <sdandrea@ups.com>
Subject: missing or stolen package Allow Subject
CC: <rkaufman@mbe.com>, <jaschlessinger@mbe.com>, <smathis@mbe.com>, <dhigginson@mbe.com>, <ehankins@mbe.com>
X-Mailer: USANET web-mailer (CM.0402.7.83)
Mime-Version: 1.0
Message-ID: <964mBZo7S1296S09.1204037984@cmsweb09.cms.usa.net>
Content-Type: text/html; charset=ISO-8859-1

--------------------------------------------------------------------------------

Steve,

UPS has just put me out of business. The package that caused this was tracking # 1z0064f20393830037. This package was physically scanned onto a truck Monday Feb. 25th. 2008 and never appeared again. The package was 75 pounds and measured 34x34x6. This was for my last big customer. In the past UPS has caused me to lose other big customers due to their ineptness. The best part of this is neither the center manager or the ssr have the guts to come into to speak to me or examine the other packages in the shipment of five(I received only four). The only way to save my business is for them to come and pay for the lost package either today or tomorrow so I can save my customer. If I follow UPS procedure then I have to fill out cvlaim work and wait for payment from their insurance company if they approve the claim. This process takes anywhere from three to five weeks. In that time all I have is a disgruntled excustomer. I will not tolerate center managers with attitudes or ssrs and their managers who have attitude problems and will not face me one on one. Since I am not getting paid for this shipment I will not have funds to pay UPS and other bills. This is not the first time the center in Uniondale has caused problems for me, but I am now going back to basics and handling this my own way unless you or MBE intervene in a timely manner. The only thing that UPS has done right is their PCA team who show concern and do their jobs.please let me know if there is a UPS corporate contact for UPS.

Stuart Berk

Store#5603

Phone 516-794-1540

Received: from 68.194.66.92 [68.194.66.92] by cmsweb29.cms.usa.net (USANET web-mailer CM.0402.7.83); Wed, 27 Feb 2008 21:40:51 -0000
Date: Wed, 27 Feb 2008 14:40:51 -0700
From: "Stuart Berk" <store5603@theupsstore.com> Add to Address Book Block Sender Allow Sender
To: <rkaufman@mbe.com>, <store5603@theupsstore.com>, <sdandrea@ups.com>
Subject: RE: missing or stolen package Allow Subject
CC: <jaschlessinger@mbe.com>, <SMathis@mbe.com>, <DHigginson@mbe.com>, <ehankins@mbe.com>
X-Mailer: USANET web-mailer (CM.0402.7.83)
Mime-Version: 1.0
Message-ID: <399mBAVnz8014S29.1204148451@cmsweb29.cms.usa.net>
Content-Type: text/html; charset=ISO-8859-1

--------------------------------------------------------------------------------

Bob,

The package was found to be in Ohio by my research and help from Ed D. No one at the center helped or is willing to make arrangements to get the package back in a timely manner. Ed D. requested the package to be aired but UPS sent it ground. Scot Imperiale from UPS security has been involved and has been a big asset in trying to expedite the delivery. The center manager Dave Mazzolla has not returned any calls and has been of no help. This situation has caused hard feelings along with a past history of problems with this center. I feel that working with this center in the future will not be as it should be. If Dave has a vendetta or is prejudice against me this will only hurt my business and reflect on MBE. A sit down with MBE and UPS both present and willing to resolve any future problems is the only remendy. Compensation for what has happened is expected. I have made a simple request through the PCA team to have the package delivered between 8:15 and 8:30 tomorrow which the center has turned down. Scot has offered to deliver the package on his own. Nothing from Dave,Jeff M. or anyone else from the center. This is not the first time the center has caused problems which you are aware of and if nothing is done now I have a feeling that they will do more to hurt my business.

Stuart Berk

Store 5603

Phone 516-794-1540

------ Original Message ------
Received: 01:41 PM MST, 02/26/2008

From: <rkaufman@mbe.com>
To: <store5603@theupsstore.com>, <sdandrea@ups.com>
Cc: <jaschlessinger@mbe.com>, <SMathis@mbe.com>, <DHigginson@mbe.com>, <ehankins@mbe.com>
Subject: RE: missing or stolen package

Steve

Looks like the package is in Ohio and we are working on getting it to Stuart.

Bob

Bob Kaufman

District Consultant

Region I NJ257

The UPS Store/MBE

631 512 1999 cell

631 368 0970 fax

rkaufman@mbe.com

Stuart,

I left a message for Bob and Jay. Lets discuss Monday afternoon. Have a nice weekend

All the best,
Steve

Steve Dandrea
MBE/The UPS Store
North East Region Coordinator
Office 973.839.6942
Cell 646.573.3744
Fax 973.839.3244

-----Original Message-----
From: Stuart Berk [mailto:store5603@theupsstore.com]
Sent: Friday, February 29, 2008 4:43 PM
To: DANDREA STEVE (NYC1SSD)
Subject: Fwd: UPS customer service

Steve,

No calls from my SSR or center manager. My "excustomer" came yesterday and guess what, I still have his five cartons and no money for payment of the shipping. He has yet to receive a letter of apology from UPS. I expected to be treated thisway but not my customers. there are many issues that have come up recently and we need a definite sit down between myself MBE and UPS.The quicker this is done the faster the broken fences can be mended. Bob has gone as far as he can but this has now grown out of proportion. Lets settle the issues at hand since I am very uncomfortable with my dealings with UPS on the local level. If you are unavailable then have Bob and Jay get all the parties involved to have a meeting in my store early next week. My business is suffering since this fiasco I have fallen behind in all the paperwork necessary to run a business.

PS: If I did not provide UPS with the additional tracking number no one would have found the package. All these problems would never escalated if someone from the center would have come over when requested on Monday or I was permitted to search Uniondale. When the package was finally found back in Ohio UPS dropped the ball again by saying that they were next day air back to me and it came ground. When the package was in Uniondale on Thursday the center refused to deliver it on an early delivery truck( I asked for it to be here between 8:15 and 8:30). This was after their 8:00 commit timefor early AM deliveries. UPS also made the same request was turned down.

Stuart Berk

Store 5603

Phone 516-794-1540

Forwarded message is attached.

# EXHIBIT J

Date: Wed, 27 Feb 2008 13:59:59 -0700
From: "Stuart Berk" <store5603@theupsstore.com>
To: <exchiang@mbe.com>
Subject: UPS customer service
X-Mailer: USANET web-mailer (CM.0402.7.83)
Mime-Version: 1.0
Message-ID: <428mBAu782688S02.1204145999@cmsweb02.cms.usa.net>
Content-Type: text/html; charset=ISO-8859-1

Esther,

As per our conversation a little while ago here are all the details. In December UPS missed two Monday morning sweeps,Dec. 3 and Dec.10th. Saturday Dec. 22nd. I had to beg to get picked up and was told to wait at least an hour. I told them I had 15 next day air packages and I was closing in 15 minutes at 4:30. They got a truck here after I locked up and reopened so they could pick up the packages. The excuses for Dec. 3rd. was they forgot and Dec. 10th. was they were too busy. On December 26th. my normal 6:00 pick up did not happen until 6:38. Again they were too busy. On Friday feb.1st. my 6:00 pick-up did not happen until 7:10.The excuse was they forgot. My store is between3 and 4 miles from the center with most of the trucks having to drive past. In my shopping center there is a drop box with a 6:45 pick up which they do not miss. The center manager Dave Mazzolla was in my store with half hearted apologies the following week telling me I would receive the proper service going forward. This past Monday was the final straw. Reference tracking # 1z0064f20393830037 for this fiasco. When I tried to reach out for the manager he not once retutrned my calls or offer to visit my store to resolve the problem. All i wanted him to do was look at the package and know what he was looking for. My SSR was of little or no help. Not once did he even call or visit to try to resolve this problem. The center manager now refuses to communicate with me. Going forward I do not feel that I will be able to work with this person who I depend on. since Dave Mazzolla has taken his position I have never felt comfortable with him. I do not know if he has a vendetta against me or is prejudice against me.Being Jewish I have faced prejudice many times in my life and I will not tolerate this treatment. The service level at management leaves a lot to be desired. I work well with my drivers. I am hoping that MBE can work these problems out since this last incident has cost me one of my last big customers. UPS must apologize and compensate me for the damages they have caused financially. Being of the Jewish Faith if this can not be taken care of by MBE and UPS then I will have to go to the ADL for support which is not what I want to do. I need answers this week or I will assume the worst and be forced to do what has to be done with the proper channels. I am also faxing you a copy of the peak season schedules.

Stuart Berk

Store 5603

Phone 516-794-1540

# EXHIBIT K

Date: Wed, 05 Mar 2008 07:47:30 -0700
From: "Stuart Berk" <store5603@theupsstore.com> Add to Address Book Block Sender Allow Sender
To: <sdandrea@ups.com>
Subject: problems Allow Subject
X-Mailer: USANET web-mailer (CM.0402.7.83)
Mime-Version: 1.0
Message-ID: <401mceoUd1434S14.1204728450@cmsweb14.cms.usa.net>
Content-Type: text/html; charset=ISO-8859-1

--------------------------------------------------------------------------------

Steve,

After speaking with you yesterday I checked my records and guess what, this year for January I had over a 20% increase over last year. I guess I am doing something right. I know how to run a business and provide customer service, despite having to depend on UPS. Last night I received an e-mail from San Diego ( Tracy Buckley) and it never addressed my biggest concern. If both UPS and MBE condones the customer treatment and service I have been receiving maybe I am asking the wrong people for help. I still have not had my directions and location corrected since bringing it to everybodys attention last July. I am not listed in the verizon phone book since Wohlstrom erred and after finally proving this they said I was right. Try being in business with no listing in the phone book and having wrong directions on-line is a major hurdle. The worst part is when UPS makes a mistake and does not live up to their promises then I look bad. Letters of apologies are never sent out even though they were promised. Customer retention is getting harder since I have numerous problems caused by UPS. This is compounded by having a center manager who for some reason unknown to me does not work well with me. I have my thoughts. Staying in business is now getting harder since I do not know what is going to happen next. I have too much time and money invested in this store and I will not be pushed out by anyone. I do not want to beleive that my personal concerns are being swept under the rug to save UPS and MBE.

Stuart Berk

Store 5603

Phone 516-794-1540