PAUL A. REYNOLDS (Bar No. 179656)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

SAMUEL B. ISAACSON (*pro hac vice to be filed*)
PETER M. ELLIS (*pro hac vice to be filed*)
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60610
Tel: 312.368.4000
Fax: 312.236.7516

Attorneys for Plaintiff
**Mail Boxes Etc., Inc.**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MAIL BOXES ETC., INC.,**<br>**Plaintiff,**<br>**v.**<br>**STUPS, INC. and STUART BERK,**<br>**Defendants.** | Case No. 3:08-CV-00491-JAH-POR<br>**EX PARTE APPLICATION TO PERMIT MANUAL FILING OF EXHIBIT THAT CANNOT BE CONVERTED INTO ELECTRONIC FORM**<br>Date: April 1, 2008<br>Time: 2:30 p.m.<br>Judge: Hon. John A. Houston<br>Place: Courtroom 11 |

Pursuant to Local Rule 5.1(e) and Electronic Case Filing Administrative Polices and Procedures Manual § 2(k), Plaintiff Mail Boxes Etc., Inc. (hereinafter “MBE”), hereby applies for leave of the Court to allow the non-electronic filing of exhibits.

On or about March 17, 2008, MBE filed a complaint against Stups, Inc. and Stuart Berk (collectively “Defendants”) seeking injunctive relief and monetary damages. On or about March 18, 2008, MBE filed a motion for a temporary restraining order, seeking to enjoin Defendants from the unlawful use of its marks pursuant to the Lanham Act. In support of its motion for a temporary restraining order, MBE filed the affidavit of Robert Kaufman, which contained transcriptions of

vulgar and abusive voicemail messages left by Defendant Berk on Mr. Kaufman's cellular telephone. (Kaufman Aff. ¶¶ 5, 6). After the filing of the motion for a temporary restraining order, the voicemail messages stored on Mr. Kaufman's phone were recorded as audio files on a compact disc. MBE now wishes to file the compact disc containing the audio recordings of the voicemail messages left by Defendant Berk.

Because the compact disc cannot be filed electronically and because it is important to MBE's request for a temporary retraining order, MBE respectfully requests that this Court issue an order permitting the disc to be manually filed. Subject to approval of the Court, such exhibits will be individually identified in accord with Electronic Case Filing Administrative Policies and Procedures Manual § 2(k) and will be lodged soon thereafter as leave is granted.

Dated: March 25, 2008

DLA PIPER US LLP

By /s/ Paul A. Reynolds

PAUL A. REYNOLDS
Attorneys for Plaintiffs
Mail Boxes Etc., Inc.
paul.reynolds@dlapiper.com