PAUL A. REYNOLDS (Bar No. 179656)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

SAMUEL B. ISAACSON (*pro hac vice to be filed*)
PETER M. ELLIS (*pro hac vice to be filed*)
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60610
Tel: 312.368.4000
Fax: 312.236.7516

Attorneys for Plaintiff
**MAIL BOXES ETC., INC.**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MAIL BOXES ETC., INC.,**<br>**Plaintiff,**<br>v.<br>**STUPS, INC. and STUART BERK,**<br>**Defendants.** | CV NO. 3:08-CV-00491-JAH-POR<br><br>**SUPPLEMENTAL DECLARATION OF ROBERT KAUFMAN**<br><br>Date: April 1, 2008<br>Time: 2:30 PM<br>Judge: Hon. John A. Houston<br>Place: Courtroom 11 |

I, Robert Kaufman, being first duly sworn upon oath, state:

1. I am over the age of 18. I have personal knowledge of the matters set forth below and can competently testify to them if and when called upon to do so.

2. I am the District Consultant employed by Mail Boxes Etc., Inc. in the New York City region, including Nassau County, New York. As the MBE District Consultant for the New York region, my responsibilities include providing training and operational support to MBE franchisees located within my region known as Region No. 1. The MBE franchisees operate

within Region No. 1 under "The UPS Store®" trade name, among others.

3. MBE Center 5603 is located within Region No. 1 at 1936 Hempstead Turnpike, East Meadow, New York. Center 5603 is owned by Stups, Inc. Stuart Berk is the primary owner/operator of Center 5603 and, as such, conducts its day-to-day operations.

4. In his dealings with MBE and its parent company, UPS, Inc., Mr. Berk has repeatedly expressed his extreme frustration to me about the operational assistance and support provided to him as an MBE franchisee.

5. On or about mid- 2007, Mr. Berk left the following transcribed voice messages for me on my Verizon Wireless cellular telephone which I have kept and maintained to the present date:

> I had a fucking claim with Crawford and now they want more details and more details for a $160 Foreman Grille. Fuck Crawford, fuck UPS, fuck MBE - all you scumbags want to do is steal my fucking money. Someone better handle this cause I'm not taking care of it - cause I'm serious. And today is Tuesday, it's 10 after 10:00. So all you assholes that are out there jerking off someone better be in touch with me cause I've fucking had it.

* * *

> Bob, it's Stewart, I hope you and the rest of the crew is having a party down in New Jersey. [*Inaudible*] any more fucking calls to UPS and I don't have MBE here and UPS here. You know something? I'm gonna turn this to the fucking FedEx store because at least I have an honest answer from them and to help get support. I need people to call me, I need people here. I don't need people jerking off in New Jersey at some meetings that say "Oh, we're doing wonderful" while everyone's going broke. You know Nero fiddled while Rome burned. Get somebody to come into my store and do this other bullshit work. I'm not fucking doing it anymore.

6. On or about, February 26, 2008, Mr. Berk left a series of voice messages for me. Excerpts from these transcribed voice mails are set forth below:

> Bob, it's now 12:00 o'clock and nobody knows where this fucking package is and I'm telling you as I'm speaking to you, all the drop offs are not leaving this store if I don't get this package back by

> 1:00 o'clock. I need it here. The guy's coming in to pick them all up. And I have I don't know how many packages and not one of them is leaving the store -- not one drop off package is leaving this store if I don't get this package by 1:00 o'clock. And I think you know that I'm not kidding around, that I don't even give a fuck about their customers.
>
> * * *
>
> Bob, it's Stewart, it's now 3:07. Nobody knows where my package is. Nobody seems to care. And I want a refund for all 5 packages cause something so I can work it with my customer and do something for him because I just lost him. And I am not going to get out anymore drop-offs until I get me the money or my package, and I'm putting a hold on my account. They have one going out to Malecki and Diorio. Nobody seems to care – nobody wants to contact me. I'm gonna to do what I have to do because I'm not gonna to be stuck here with all my hard work and money and then get screwed. Could you reach out to somebody fine, if you can't, fine. But I have just taken a stand and that's my stand. Want to call? Call me back.
>
> * * *
>
> Bob, I just got a call from UPS security and they're making statements of false accusations so now I know I'm dealing with thieves and liars and stupid morons. They want to play the game, I'm not playing anymore. I'm going my way and hopefully there won't be a major body count. Give me a call cause as it was said in First Blood, it's not over until I say it's over.

7. I saved and did not erase each of the above-referenced voice messages left by Mr. Berk on my Verizon Wireless cellular telephone voice mailbox.

8. Mr. Berk's conduct and threats have been very disruptive to MBE's franchise and daily business operations. For example, due to Mr. Berk's threatening messages left on my Verizon Wireless cellular telephone voice mailbox, I am reluctant to have communications with Mr. Berk or to visit the location, which are both material parts of my job duties and responsibilities.

9. Effective Friday March 14, 2008, at 5:00 pm EST, MBE terminated Mr. Berk's franchise.

10. On Saturday March 15, 2008, I observed that Mr. Berk's center was open for business. In fact, at my request an individual conducted a transaction in the center on that date. That person then provided me with the receipt for the transaction. A copy of the receipt for this transaction is attached hereto as Exhibit A.

11. In addition, on Saturday March 15, 2008, Mr. Berk continued to do business as "The UPS Store®." Attached hereto as Exhibit B is a photograph which I took of the exterior signage for Mr. Berk's center on that date.

12. On March 19, 2008, I was in contact with CBW Productions at 1-800-770-8046. CBW Productions is an audio reproduction company which provides voice mail recording services from cellular telephones and landlines. Attached hereto as Exhibit C is a true and correct copy of the CDW Productions webpage regarding recording of voice mail messages.

13. A representative of CBW Productions assisted me with my inquiries regarding copying Mr. Berk's voice messages from my Verizon Wireless cellular telephone voice mailbox.

14. The CBW Productions representative informed me that cellular telephone voice messages could be recorded on to an audio compact disc from my Verizon Wireless cellular telephone, if I provided my cellular telephone number and my voice mailbox password. The representative further advised that envelope information pertaining to each message stored in my voice mailbox (day, date and time of message, caller's telephone number, and duration of message) could be recorded, if such information was captured in the message. Finally, the CBW Productions representative stated that each message (with envelope information, if available) could be recorded on to an audio compact disc with each message as a separate track.

15. After learning the process and procedure for recording voice mail messages from my cellular telephone, I gave the CBW Productions representative my Verizon Wireless cellular telephone number and my voice mailbox password as requested. I then authorized CBW

Productions to access my voice mail box for the purpose of recording by notary the voice mail messages saved in my Verizon Wireless cellular telephone mailbox (including those messages left by Mr. Berk (as described above)) on to an audio compact disc.

16. I authorized CBW Productions to send a notarized copy of the audio compact disc created from the voice messages saved in my Verizon Wireless cellular telephone voice mailbox to MBE's outside attorneys at DLA Piper US LLP.

17. Thereafter, at my direction and consistent with my discussions with the CBW Productions representative, CBW Productions accessed my Verizon Wireless cellular telephone voice mailbox, utilizing the voice mailbox password that I provided, and recorded the voice mail messages left by Mr. Berk on to an audio compact disc.

18. Counsel for MBE has forwarded a copy of these recording to me to review and to compare to the voice mail messages contained in my Verizon Wireless cellular telephone mailbox. Attached hereto as Exhibit D is a true and correct copy of the audio compact disc prepared by CBW Productions.

19. Counsel for MBE also forwarded a copy of the notary certificate from CBW Productions which correctly describes my transaction with CBW Productions. Attached hereto as Exhibit E is a true and correct copy of the CBW Productions' notary certificate.

20. I have listened to the notarized audio compact disc recordings prepared by CBW Productions and hereby certify that the recordings are an exact copy of the messages Mr. Berk left on my Verizon Wireless cellular telephone mailbox. CBW Productions did not alter the voice mail messages in any manner whatsoever.

>>

FURTHER DECLARANT SAYETH NOT.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of March, 2008 at Commack, New York.

Robert Kaufman

# EXHIBIT A

Stuart Berk
Owner

1936 Hempsted Turnpike
East Meadow, NY 11554

M - F 8 am - 6:30 pm
Sat 9 am - 4:30 pm, Sun. closed
516.794.1540 Tel
516.794.1585 Fax
store5603@theupsstore.com

www.theupsstore.com/5603.htm

The UPS Store

EXHIBIT A PAGE 7

# EXHIBIT B




EXHIBIT B PAGE 8

# Exhibit C

Home I FAQ I Contact Us

Login | View Cart | Checkout | My Account
You have 0 item(s) in your Shopping Cart

Search: GO

**Verizon Wireless Clients** **Landline or other Cellular Clients** **Voiceover Greetings** **Customer Praises**

**Verizon Wireless Clients**:

**Regular business hours are Monday through Thursday from 9am to 5pm, and Fridays 10am to 4 pm EST.**
**1-800-770-8046, or 1-877-244-3222.**

- ***If a message has already been deleted, or has dropped off the system on its own, and is no longer in your mailbox, we cannot retrieve it (or make a copy of the message)***. The copies we record will be exactly what you hear in your mailbox; we are unable to enhance message quality so if the message that was left for you is garbled or scratchy, the copy of the message will be as well. We do not erase your messages when your recording is completed we simply record and skip to the next without making any changes to your mailbox/recorded messages.

  We will need your mobile phone number along with your Voice Mail password so that we can access your Voice Mailbox. You are welcomed to create a temporary password for your Voice Mail box prior to ordering with us, and once your messages have been copied, you can go back into your Voice Mail box and change your Voice Mail password back to the one that you normally use.

## MP3's

*will be sent to your E-mail address **as one single file attachment**-up to 10 messages maximum.

- Notary and rush services are also available.

- **Recording fees are** $5.00 **per message**

  (Maximum of 10 messages @ $5 per message for MP3 orders per customer, per telephone number, per month.)

Click here for MP3 Recording

Due to email storage capacities, firewalls, etc., some lengthy MP3 files cannot be sent. In the case of very lengthy messages *(over 10 minutes recording time)*, our studio reserves the right

## CD's or Cassettes

- *CDA format-(Messages will be **separate tracks on CD)***

- Our CD's are the same as a music CD you purchase from the store, and can be played on any CD player, computer, stereo..etc..

  $18 for 1-3 messages (click here to purchase)
  $28 for 4-6 messages (click here to purchase)
  $38 for 7-10 messages (click here to purchase)
  $53 for 11-21 messages (click here to purchase)
  $60 for 22 then $5 for each additional message (click here to purchase)

- Notary and rush services are also available.

- $9.50 for each *additional* CD or Cassette copy **plus $3 for each additional cd copy for First Class shipping**

EXHIBIT C PAGE 9

to accommodate these requests on CD or cassette format only.

- **If you have a spam filter or firewall active on your email account, please add sales@cbwproductions.com to your accepted email list in order to successfully receive your MP3's from us.**

Thank you!
We appreciate the opportunity to serve you.

**orders.** This additional $3 fee will not show up on your emailed receipt, but will be charged to your card upon completion of your order.

- $2.00 for USPS First Class Mail with Delivery Confirmation *(for first cd only-additional cd shipping is $3 for each cd to be added to your order total once your recording is completed.)*
- $13.00 for USPS Priority Mail (2-3 days)
- $26.00 for USPS Express Mail (1-2 days)
  **If your messages exceed 1 hour recording time, there is an additional fee of $100 per hour billed in 15 minute increments.**

EXHIBIT C PAGE 10

MP3

VZW Recorded Messages/MP3 Format-Under quantity, use drop down to select exact amount of msgs.

CD or Cassette

VZW 1-3 Recorded Messages with CD or Cassette

CD or Cassette

VZW 4-6 Recorded Messages with CD or Cassette

CD or Cassette

VZW 7-10 Recorded Messages with CD or Cassette

CD or Cassette

VZW 11-21 Recorded Messages with CD or Cassette

CD or Cassette

VZW 22+ Recorded Messages with CD or Cassette

Home I Verizon Wireless Clients I Landline clients I Voiceover Greetings I FAQ I Customer Praises I Contact Us

All Rights Reserved, 2006, CBW Productions

ecommerce and seo by Impact-Direct

# Exhibit D

(Audio Compact Disc)

# Exhibit E

CBW Productions
Providing Voicemail Recording Services Since 1999

March 19, 2008

To Whom It May Concern:

CBW Productions, LLC, as a vendor for Verizon Communications © since 1999, have been authorized to, and have retrieved and recorded voice mail messages from the telephone number of 631-512-1999 and sent them via compact disc(s) for Bob Kaufman (RE: order# 110909).

To accomplish this, we were given the wireless telephone number, and confidential password for the voice mail.

We hereby certify that these duplicate messages are a true and accurate depiction of the original messages, and have not been tampered with.

*Please Note:* **CBW Productions Incorporated *ONLY* offers their recording services - and as such will not be held accountable, or deemed liable for content or any matters involving litigation between the customer and other parties. It is also to be understood that these recordings are the sole property of the customer to be used in whatever manner they choose and in authorizing the recording of such messages, CBW Productions is indemnified from any and all legal proceedings the customer may enter into. In ordering this recording, the customer understands this.**

PAUL DAVID SEPPALA, Notary Public
My Commission Expires April 4, 2012

P.O. BOX 988
CENTER OSSIPEE, NH 03814
1-800-770-8046
WWW.CBWPRODUCTIONS.COM