JOHN J. WALLER, JR. (State Bar No. 094449)
JAY STEIN (State Bar No. 141042)
Members of
FINESTONE & RICHTER,
A Professional Corporation
11601 Wilshire Boulevard, Suite 1900
Los Angeles, California 90025
Telephone: (310) 575-0800
Facsimile: (310) 575-0170
E-Mail: jwaller@frlawcorp.com
jstein@frlawcorp.com

Attorneys for Defendants
Stups, Inc. and Stuart Berk

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAIL BOXES ETC., INC.,<br><br>Plaintiff,<br><br>vs.<br><br>STUPS, INC. and STUART BERK,<br><br>Defendants. | Case No.: 3:08-CV-00491-JAH- POR<br><br>**DECLARATION OF JAY STEIN IN SUPPORT OF DEFENDANTS' OPPOSITIION TO PLAINTIFF'S EX PARTE APPLICATION TO PERMIT MANUAL FILING OF EXHIBIT THAT CANNOT BE CONVERTED INTO ELECTRONIC FORM**<br><br>Date: April 1, 2008<br>Time: 2:30 p.m.<br>Judge: Hon. John A. Houston<br>Place: Courtroom 11 |

I, Jay Stein, declare as follows:

1. I am an attorney at law, duly admitted to practice before all courts of the State of California, including the Federal District Court for the Southern District of California

and I am an associate attorney in the law firm of Finestone & Richter, a Professional Corporation, counsel of record for Defendants Stups, Inc. and Stuart Berk ("Stups") in this action. Except as expressly noted, I have personal knowledge of the facts stated herein and could competently testify thereto if called as a witness.

2. As of the filing of Stups' Opposition to Plaintiff's Ex Parte Application To Permit Manual Filing of Exhibit That Cannot Be Converted Into Electronic Form, counsel for Stups has not received a copy of the "Exhibit" that Plaintiff is requesting to be allowed to file manually with the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct and that this declaration was executed by me this 27th day of March, 2008, at Los Angeles, California.

Jay Stein

F:\CLIENTS\Stups-Berk\Pleadings\Ex Parte re Evidence Opposition\Declaration of Jay Stein.doc