PAUL A. REYNOLDS (Bar No. 179656)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

SAMUEL B. ISAACSON (*pro hac vice to be filed*)
PETER M. ELLIS (*pro hac vice to be filed*)
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60610
Tel: 312.368.4000
Fax: 312.236.7516

Attorneys for Plaintiff
**Mail Boxes Etc., Inc.**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MAIL BOXES ETC., INC.,**<br>**Plaintiff,**<br>**v.**<br>**STUPS, INC. and STUART BERK,**<br>**Defendants.** | Case No. 3:08-CV-00491-JAH-POR<br>**REQUEST FOR PERMISSION TO USE COMPUTER EQUIPMENT AT APRIL 1, 2008 HEARING**<br>Date: April 1, 2008<br>Time: 2:30 p.m.<br>Judge: Hon. John A. Houston<br>Place: Courtroom 11 |

Plaintiff Mailboxes Etc, Inc. ("MBE") requests permission from the court to bring into the courtroom a personal laptop computer to the April 1, 2008 hearing on its Motion for Temporary Restraining Order.

The personal laptop computer will be used by MBE's counsel to access stored information relating to the case to assist in presentation of counsel's oral argument.

Dated: March 28, 2008

DLA PIPER US LLP

By /s/ Paul A. Reynolds

PAUL A. REYNOLDS
Attorneys for Plaintiffs
Mail Boxes Etc., Inc.
paul.reynolds@dlapiper.com