PAUL A. REYNOLDS (Bar No. 179656)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

SAMUEL B. ISAACSON (*pro hac vice to be filed*)
PETER M. ELLIS (*pro hac vice to be filed*)
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60610
Tel: 312.368.4000
Fax: 312.236.7516

Attorneys for Plaintiff
**Mail Boxes Etc., Inc.**

FILED
MAR 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MAIL BOXES ETC., INC.,**<br>**Plaintiff,**<br>v.<br>**STUPS, INC. and STUART BERK,**<br>**Defendants.** | Case No. 3:08-CV-00491-JAH-POR<br>**APPLICATION FOR ADMISSION PRO HAC VICE** |

I, Samuel B. Isaacson, hereby petition the above-entitled Court to permit me to appear and participate in this case and in support of this petition state:

My residence address is:

530 Hoyt Lane,
Winnetka, IL, 60693

My firm name is: DLA Piper US LLP

My office address and phone number are:

203 N. LaSalle, Suite 1900
Chicago, IL 60601-1293
(312)368-2163

ORIGINAL

I was admitted to the Bar in the State of Illinois and the Illinois Supreme Court on May 5, 1983. I was admitted to the United States District Court for the Northern District of Illinois on July 23, 1983 and the United States District Court for the Northern District of Illinois (Trial Bar) on August 24, 1990. I was admitted to the US Court of Appeals for the 11th Circuit on November 24, 2003 and the US Court of Appeals for the 7th Circuit on December 1, 2006.

I am currently in good standing and eligible to practice in those courts.

I am not currently suspended or disbarred in any court.

I have not concurrently or within the year preceding this application made any pro hac vice application to this Court.

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

**DESIGNATION OF LOCAL COUNSEL**

I hereby designate the below named as associate local counsel.

Paul A. Reynolds, Esq.
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
619-699-2700

(Signature of Designee Attorney)

This pro hac vice application is hereby approved for filing.

RECEIVED
MAR 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY 2114915 #180 DEPUTY

W. Samuel Hamrick, Jr.
Clerk of Court

By: ______________________
Deputy Clerk

M. Zvers

Received $180 for Court Library fee:

______________________
Deputy Clerk

Dated: March __, 2008

DLA PIPER US LLP

By ______________________
PAUL A. REYNOLDS
Attorney for Plaintiff