**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MAIL BOXES ETC., INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**STUPS, INC. and STUART BERK,**<br><br>**Defendants.** | Case No. 3:08-CV-00491-JAH-POR<br><br>**ORDER RE: REQUEST FOR PERMISSION TO USE COMPUTER EQUIPMENT AT APRIL 1, 2008 HEARING**<br><br>Date: April 1, 2008<br>Time: 2:30 p.m.<br>Judge: Hon. John A. Houston<br>Place: Courtroom 11 |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that counsel for Mailboxes Etc., Inc. (“MBE”) be permitted to bring into the courtroom a personal laptop computer for the April 1, 2008, 2:30 pm hearing on MBE's Motion for Temporary Restraining Order.

Dated: March 28, 2008

JOHN A. HOUSTON
United States District Court Judge