JOHN J. WALLER, JR. (State Bar No. 094449)
JAY STEIN (State Bar No. 141042)
Members of
FINESTONE & RICHTER,
A Professional Corporation
11601 Wilshire Boulevard, Suite 1900
Los Angeles, California 90025
Telephone: (310) 575-0800
Facsimile: (310) 575-0170
E-Mail: jwaller@frlawcorp.com
jstein@frlawcorp.com

Attorneys for Defendants
Stups, Inc. and Stuart Berk

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAIL BOXES ETC., INC.,<br><br>Plaintiff,<br><br>vs.<br><br>STUPS, INC. and STUART BERK,<br><br>Defendants. | Case No.: 3:08-CV-00491-JAH-POR<br><br>**DEFENDANTS STUPS, INC, AND STUART BERK'S NOTICE OF MOTION AND MOTION TO DISMISS THE VERIFIED COMPLAINT FILED BY PLAINTIFF MAIL BOXES ETC., INC.**<br><br>Date: TBD<br>Time: TBD<br>Judge: Hon. John A. Houston<br>Place: Courtroom 11 |

PLEASE TAKE NOTICE that, on a date and time to be determined, and of which you will promptly be given notice, before the Honorable John A. Houston, Defendants Stups, Inc. and Stuart Berk ("Stups") will move the Court for an order dismissing the Verified Complaint filed by Plaintiff MAIL BOXES

ETC., INC., without leave to amend. The grounds of the motion are fully set forth in the accompanying Memorandum of Points and Authorities. The motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, and whatever other evidence and argument the court will hear.

DATED: March 28, 2008

JOHN J. WALLER, JR.
JAY STEIN
FINESTONE & RICHTER

By [signature]
Jay Stein

Attorneys for Defendants
Stups, Inc. and Stuart Berk

F:\CLIENTS\Stups-Berk\Pleadings\Notice of Motion to Dismiss.doc