JOHN J. WALLER, JR. (State Bar No. 094449)
JAY STEIN (State Bar No. 141042)
Members of
FINESTONE & RICHTER,
A Professional Corporation
11601 Wilshire Boulevard, Suite 1900
Los Angeles, California 90025
Telephone: (310) 575-0800
Facsimile: (310) 575-0170
E-Mail: jwaller@frlawcorp.com
jstein@frlawcorp.com

Attorneys for Defendants Stups, Inc. and Stuart Berk and Counter-Claimant Stups, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAIL BOXES ETC., INC., Plaintiff, vs. STUPS, INC. and STUART BERK, Defendants. | Case No.: 3:08-CV-00491-JAH-POR<br><br>**COUNTER-COMPLAINANT'S NOTICE OF MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Date: TBD<br>Time: TBD<br>Judge: Hon. John A. Houston<br>Place: Courtroom 11 |

PLEASE TAKE NOTICE that, on a date and time to be determined, and of which you will promptly be given notice, before the Honorable John A. Houston, Plaintiff Mail Boxes Etc., inc. ("MBE") will move the Court for a temporary restraining order directing MBE to refrain from interfering, directly or

indirectly, with Stups, Inc.'s exercise of any of its rights, or its enjoyment of any of the benefits to which it is entitled, under its Franchise Agreement with MBE. This motion is made under Rule 65 of the Federal Rules of Civil Procedure. The grounds of the motion are fully set forth in the accompanying Memorandum of Points and Authorities. The motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, and Declaration of Stuart Berk, the Verified Counter-Claim and whatever other evidence and argument the court will hear.

DATED: March 28, 2008

JOHN J. WALLER, JR.
JAY STEIN
FINESTONE & RICHTER

By ______________________
John J. Waller, Jr.

Attorneys for Defendants Stups, Inc. and Stuart Berk and Counter-Claimant Stups, Inc.

F:\CLIENTS\Stups-Berk\Pleadings\Stups TRO Application\Notice of Motion for TRO.doc