# EXHIBIT B

Stuart Mathis

-----Original Message-----
From: Stuart Berk [mailto:store5603@theupsstore.com]
Sent: Tuesday, October 04, 2005 8:22 AM
To: Jones Rodney (WQQ1RMJ)
Cc: Mathis Stuart; forestieri carl (UPS)
Subject: Center 5603

Dear Rodney,

I want to take the time to thank you for all your help that you and the people of MBE have given me. Unfortunately the problems that have arisen are through Colliers in St Louis and ICON. Colliers is very good at asking for money but when it comes to performance, they claim that nothing is their responsibility. Everytime I go to them with a problem their story changes, and I just end up getting the run around.

I opened my center on September 26, 2005, I have 1600 square feet in a busy shopping plaza and have been without a sign going on 2 weeks, and don't expect to have a permanent sign for another 2 weeks. Customers pass by not knowing if the store is in fact open. ICON received my payment on August 19th but failed to mail in the permits until September 21st. They sent me a banner which is so small no one can see it. You sent me a banner last week which is 10 feet by 4 feet that I am trying to put up, but at least it is big enough for people to see. ICON has no idea when the permits will be signed and therefore I have no recognition on the main road telling people the store is even here.

As I am sending you this email I am watching the seams on my desk and file cabinet come apart. Colliers says that they need a second opinion, I want new furniture now, since I did not pay goods only to have them broken 2 weeks in.

In closing I can only say that working with MBE is easy and all the people are helpful; however, working with the vendors and concessions that I have mentioned has been a horrible experience. They lack the same professionalism and integrity that I receive from MBE. While I am doing some business I feel that sign and equipment of a new center should be first rate and not a constant battle for these firms not extending themselves to make everything right in a timely manner.

Again thank you for all your help Rodney and I look forward to meeting you when you are in New York

EXHIBIT B pg 83

Stuart Berk

Store5603

Phone- 516-794-1540

EXHIBIT
B pg 84

# EXHIBIT C

# EXHIBIT D

Date: Thu, 15 Mar 2007 12:30:26 -0700
From: "Stuart Berk" <store5603@theupsstore.com> Add to Address Book Block Sender Allow Sender
To: "Stuart Berk" <store5603@theupsstore.com>
Subject: UPS,MBE -What can Brown do to you? An open letter to Stuart Mathis Allow Subject
X-Mailer: USANET web-mailer (CM.0402.7.54)
Mime-Version: 1.0
Message-ID: <181LcoTdA4346S29.1173987026@cmsweb29.cms.usa.net>

--------------------------------------------------------------------------------

Storeowners,

I have a few questions that needed to be addressed by the powers in San Diego. The new logo says "MBE" a UPS company. If this is true why are the two companies undermining the UPS Stores. First look at the promotion that Staples is offering. $2 off shipping charges for up to 4 packages. Staples has the shield which leaves customers to beleive that they are part of UPS. As storeowners we do not have this shield. When the consumer goes to Staples guess what he sees, a professional copy and document service area with more equipment then most of the UPS stores have. This means that all the work MBE is trying to do to push document services is lost by UPS pushing our potential customers to Staples. The next marketing sector is the moving box sale, guess who sells moving boxes and supplies, Staples. By permitting Staples to under cut our prices and display the UPS Shield they are hurting one of their own companies. Is MBE a tax loss or shelter for UPS, or are they looking to drain the money from store owners. UPS has rolled out a new program,UPS Delivery Intercept, which again will only hurt the stores. A customer ships on Monday, then on Tuesday realizes that he gave you the wrong address. The scenario plays out very simply, first you call UPS to correct the address and you get charged $10. Now the fun begins, you must now tell your customer that he has to come back to your store and pay the$10 fee. What if this is a first time customer do you really think he is coming back in to pay an extra $10. If you tell the customer to come and pay the $10 fee so you can call UPS this may be the last time you see this customer. Staples is large enough to absorb these fees at no cost or antaganizing the consumer. There are many issues in which the UPS Stores are at the short end of the stick while we represent UPS we are not treated with any special considerations. MBE must get a backbone and demand better treatment from UPS. The stores need better rates, more compensation for drop-offs, and if we are part of UPS then "FREE" Shields to display our company logo.Nothing lasts forever, and ENRON is an example as was WT GRANT and Montgomery Ward etc. Lets try to make the UPS Stores profitable and a true representation of a parent company UPS.
Stuart Berk

Store 5603

EXHIBIT D
pg 87

# EXHIBIT E

Date: Mon, 14 Jan 2008 10:05:08 -0700
From: "Stuart Berk" <store5603@theupsstore.com> Add to Address Book Block Sender Allow Sender
To: <store1961@theupsstore.com>
Subject: Fwd: RE: UPS is Stealing our drop-off customers Allow Subject
X-Mailer: USANET web-mailer (CM.0402.7.83)
Mime-Version: 1.0
Message-ID: <522maNRei9012S02.1200330308@cmsweb02.cms.usa.net>

--------------------------------------------------------------------------------

Rich,

What can we do about this?

Stuart

Forwarded message is attached.

Attached Message

Received: from gwsin02.mbox.net [165.212.64.14] by cmsmail03.cms.usa.net via mtad (C8.MAIN.3.40I) with ESMTP id 519maNPgC1187M03; Mon, 14 Jan 2008 15:06:28 -0000
Return-Path: <sdandrea@ups.com>
Received: from gwsin02.mbox.net [127.0.0.1] by gwsin02.mbox.net via mtad (C8.MAIN.3.40I) with ESMTP id 807maNPgA0142Ms2; Mon, 14 Jan 2008 15:06:26 -0000
Received: from esmail02.eservices.usa.net [165.212.64.9] by gwsin02.mbox.net via mtad (C8.MAIN.3.40I) with ESMTP id 776maNPgy0274Ms2; Mon, 14 Jan 2008 15:06:24 -0000
X-USANET-Routed: 1 gwsin-bmrelay Q:bmrelay
X-USANET-Routed: 2 gwsin-vs R:localhost:1825
X-USANET-Routed: 100 IN-RELAY R:cmsbackend.postoffice.net:525
Received: from ups.com [153.2.234.93] by esmail02.eservices.usa.net via smtad (C8.MAIN.3.34P) with ESMTPS id XID655maNPgy3722Xma; Mon, 14 Jan 2008 15:06:24 -0000
X-USANET-Source: 153.2.234.93 IN sdandrea@ups.com ups.com
X-USANET-MsgId: XID655maNPgy3722Xma
Received: from ([153.2.23.153]) by tessa11.ups.com with ESMTP id 5503510.10184267; Mon, 14 Jan 2008 10:05:57 -0500
Received: from njrarsvr038c.us.ups.com ([153.2.23.114]) by njrarsvr2787.us.ups.com with Microsoft SMTPSVC(5.0.2195.6713); Mon, 14 Jan 2008 10:05:57 -0500
Content-class: urn:content-classes:message

EXHIBIT E
Pg 83

MIME-Version: 1.0
Content-Type: multipart/alternative; boundary="----_=_NextPart_001_01C856BE.F78DA2EE"
X-MimeOLE: Produced By Microsoft Exchange V6.0.6619.12
Subject: RE: UPS is Stealing our drop-off customers
Date: Mon, 14 Jan 2008 10:05:57 -0500
Message-ID:
<7D5EBB8E21182A4B9DF959F3D27C467E26AD5C@njrarsvr038c.us.ups.com>
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: UPS is Stealing our drop-off customers
Thread-Index: AchVVBBZNx1igFkKTyuIOW9KA DongBalBXQ
From: <sdandrea@ups.com>
To: <store5603@theupsstore.com>
X-OriginalArrivalTime: 14 Jan 2008 15:05:57.0819 (UTC)
FILETIME=[F79E70B0:01C856BE]

Stuart,

This has been reviewed at all levels of the organization. UPS has placed toppers on The UPS Letter boxes that direct customers to " The UPS Store" to offset some of the potential impact. UPS informed us last year that they needed to do this in order to compete with FEDEX and DHL.

All the best,
Steve

Steve Dandrea
MBE/The UPS Store
North East Region Coordinator
Office 973.839.6942
Cell 646.573.3744
Fax 973.839.3244

-----Original Message-----
From: Stuart Berk [mailto:store5603@theupsstore.com]
Sent: Saturday, January 12, 2008 2:48 PM
To: DANDREA STEVE (NYC1SSD)
Subject: UPS is Stealing our drop-off customers

EXHIBIT E
Pg 89

Steve,

Unless I miss understood the latest issue of news and notes UPS is now accepting ground packages in drop boxes. This is another way that UPS is "STEALING" from the stores taking away our drop-off income. This drives people away from the stores not to them. It is about time MBE said enough is enough. Maybe if all the stores stopped paying their UPS bills for a month then UPS would realize that MBE is an important customer. Does Stuart Mathis have any idea what impact this will have on the stores, or are all the people in San Diego afraid to rock the boat with UPS. I am tired of being treated as a second class citizen by UPS.

Stuart Berk

Store#5603

EXHIBIT E

Pg 90

# EXHIBIT F

Date: Tue, 22 Jan 2008 14:00:18 -0700
From: "Stuart Berk" <store5603@theupsstore.com> Add to Address Book Block Sender Allow Sender
To: "tupss@ups.com" <tupss@ups.com>
Subject: Re: SHPR#0064F2 TRK#1Z0064F20356328810 [Request: 080116-010506] Allow Subject
X-Mailer: USANET web-mailer (CM.0402.7.83)
Mime-Version: 1.0
Message-ID: <895maVu8s5166S03.1201035618@cmsweb03.cms.usa.net>
Content-Type: text/html; charset=ISO-8859-1

------------------------------------------------------------------------------

UPS,

This package was shipped Dec.12th. and delivered Jan 15th. because it was misplaced in one of your facilities. a refund is due. Stop playing games and issue a refund.

Stuart Berk

Phone 516-794-1540

------ Original Message ------
Received: 10:29 AM MST, 01/17/2008
From: "tupss@ups.com" <tupss@ups.com>
To: store5603@theupsstore.com
Subject: SHPR#0064F2 TRK#1Z0064F20356328810 [Request: 080116-010506]

Subject
SHPR#0064F2 TRK#1Z0064F20356328810

Discussion Thread
Response (David Griffin) 01/17/2008 12:29 PM
Dear Stuart,

Thank you for your inquiry. Any UPS Ground (commercial and residential) shipments that are picked up or scheduled to be delivered between December 11 and December 24 are not eligible for Guaranteed Service Refund. I apologize for the late delivery of your package.

If we may assist you in the future, please don't hesitate to contact us.

EXHIBIT F
Pg 91

David Griffin
UPS Retail Preferred Customer Team
1-800- 877-1760
tupss@ups.com
Customer 01/16/2008 03:50 PM
Retail PCA Group,

Request for follow up on GSR issue.

Tracking number: 1Z0064F20356328810

shipper number:0064F2

Shipper contact name: STUART BERK

Shipper phone number: (516) 794-1540

Shipper email address:store5603@theupsstore.com
Customer's name: FIRE END

Customer's telephone number: N/A

Address check should be sent to: THE UPS STORE @ 1936 HEMPSTEAD TPKE EAST MEADOW NY 11554

Question/Problem: Per Mr berk, pkg was manifested & pu on 12/12/07.. He does not know what happened to this pkg,,. But the next scan that shows up on this tracking# is 1/12/08 in meadowlands nj.. Shpr is not in meadowlands,, wants to know what happened to this pkg to why it had took a month to deliver.. Insist that someone look into this & give refund of charges.. Csr did not make any guarantees.. Insist on explanation

Audrey Simmons
UPS Preferred Customer Team
1-800-877-1760
audreysimmons@ups.com
Auto-Response 01/16/2008 03:50 PM
Dear UPS Preferred Customer,

Thank you for your recent e-mail inquiry. Our Preferred Customer Associates are working to address your request.

EXHIBIT F
Pg 92

In order to ensure timely resolution of your inquiries, please send future e-mail support requests to preferred.us@ups.com.

Sincerely,

UPS Preferred Customer Support
1-800-377-4877
Preferred.us@ups.com

It's Not Just E-Mail, It's UPS E-Mail

Click here to sign up for e-mail updates to help your business stay on top of the latest UPS promotions, services and shipping updates.

EXHIBIT F
Pg 93

# EXHIBIT G

Sent: Wednesday, May 23, 2007 1:34 PM
To: DANDREA STEVE (NYC1SSD)
Cc: Kaufman Robert (GMS)
Subject: claim coin vault

steve,

as of this morning the claim has not been finalized. i told my customer after all the e-mails on monday that it was all taken care of and the check was to be cut and sent out. i now find out that the claim was not finalized and no check was cut. thanks for making me a liar to one of my better customers. i just shipped two more coin vaults via ups freight and charged his credit card which i have, people trust me since i do not lie, and he wants an answer now or he is going to put a hold on the charges. tell crawford i need the check here this week or i am in a major problem since i needed his money for the last shipment to pay bills.

stuart berk

store5603

phone 516-794-1540

EXHIBIT G
Pg 94

# EXHIBIT H

Date: Wed, 14 Nov 2007 12:43:40 -0700
From: "Stuart Berk" <store5603@theupsstore.com> Add to Address Book Block Sender Allow Sender
To: <smathis@mbe.com>
Subject: No Listing In Verizon Yellow Pages and Wrong Directions to Store Allow Subject
CC: <dhigginson@mbe.com>, <tcrockett@mbe.com>, <ehankins@mbe.com>, <sdandrea@ups.com>, <jaschlessinger@mbe.com>, <rkaufman@mbe.com>
X-Mailer: USANET web-mailer (CM.0402.7.80)
Mime-Version: 1.0
Message-ID: <232LkNTQO2512S09.1195069420@cmsweb09.cms.usa.net>
Content-Type: text/html; charset=ISO-8859-1

---

Stuart,

I just received my verizon yellow pages and Wahlstrom left my store out. What am I supposed to do? It is bad enough that the directions to my store are wrong, but this is the topper. If I am a UPS store make me visible. I need this problem corrected now. I can not afford to advertise that I am here. I signed up for thePPS program because I thought that was the right thing to do and now I am being punished for being a team player. MBE has got to step-up to the plate and remedy this major problem or am I just an ASO who pays royalties and receives no recognition. Someone has to contact me ASAP with a solution.

Stuart Berk

Store 5603

Phone 516-794-1540

EXHIBIT H
pg 95

Date: Fri, 16 Nov 2007 15:02:58 -0700
From: "Stuart Berk" <store5603@theupsstore.com> Add to Address Book Block Sender Allow Sender
To: "Budwine, Kerri (CYP-WAH)" <kbudwine@wahlstrom.com>
Subject: RE: Verizon Allow Subject
X-Mailer: USANET web-mailer (CM.0402.7.80)
Mime-Version: 1.0
Message-ID: <468LkPwB71912S15.1195250578@cmsweb15.cms.usa.net>

--------------------------------------------------------------------------------

Kerri,

I am coming into the store Saturday to try and find the fax confirmation. When and if I do find the confirmation what are you (Wahlstrom) going to do, rewrite the Verizon Book and redistribute it before Thanksgiving? Lets not play games and be legimate.

Stuart Berk

Store5603

------ Original Message ------
Received: 02:30 PM MST, 11/16/2007
From: "Budwine, Kerri (CYP-WAH)" <kbudwine@wahlstrom.com>
To: "Stuart Berk" <store5603@theupsstore.com>
Cc: <sdandrea@ups.com>, <jaschlessinger@mbe.com>, <tcrockett@mbe.com>, <rkaufman@mbe.com>
Subject: RE: Verizon

Mr. Berk:

I will be happy to check into that. Do you have any back up, fax confirmations, etc. that prove you sent the contract. Wahlstrom can not be responsible for anything that is said it was sent if we do not have that back up, nor a contract in hand.

Please check your records and your fax memory and advise me if you have anything that you can send to me.

Regards,

KERRI BUDWINE
Account Director

EXHIBIT H
pg 96

6261 Katella Avenue
Cypress, CA 90630
714.229.7862 • Fax 714.229.7850 Cell 714-614-4268

---

From: Stuart Berk [mailto:store5603@theupsstore.com]
Sent: Friday, November 16, 2007 1:05 PM
To: Budwine, Kerri (CYP-WAH)
Cc: sdandrea@ups.com; jaschlessinger@mbe.com; tcrockett@mbe.com; rkaufman@mbe.com
Subject: Verizon

Kerry,

I am a UPS Store owner in Nassau County in New York and and on Wed. when I received my Verizon Yellow Book my store was omited from the listings. I sent my contract back on July 27th. Now the fun begins,Kathy Kelly says she never received the signed contract and I sent it. What can be done to rectify this problem. Peak season starts next Friday and I have no listings. This is an emergency that must have a solution now not inafew weeks. please contact me ASAP since peak season starts Friday Nov.23rd.

Stuart Berk

Store5603

Phone 516-794-1540

EXHIBIT H
Pg97

Date: Fri, 16 Nov 2007 13:18:00 -0700
From: "Stuart Berk" <store5603@theupsstore.com> Add to Address Book Block Sender Allow Sender
To: <sdandrea@ups.com>
Subject: Wahlstrom Screw-Up Allow Subject
CC: <jaschlessinger@mbe.com>, <rkaufman@mbe.com>
X-Mailer: USANET web-mailer (CM.0402.7.80)
Mime-Version: 1.0
Message-ID: <132LkPuRa2728S28.1195244280@cmsweb28.cms.usa.net>
Content-Type: text/html; charset=ISO-8859-1

--------------------------------------------------------------------------------

Steve,

I am coming in Saturday to try to find the fax confirmation for the signed contract. Even if I find it what is Wahlstrom going to do? The damage has been done and peak season is here. I spoke to Wahlstrom and they said that they have to wait until the manager comes in next week. This means that anything that they would do for me will not happen for at least two weeks until they get organized and by then all advertising space is booked-up so I lose peak season. MBE must stickup for the storeowners or doesn't the storeowner mean anything to MBE. Being told to wait until Monday for Bob seems like a stall tactic. Wahlstrom should do a mailing to all the homes and residences in both East Meadow and Westbury for the weeks of Dec. 3rd.,10th.,and17th. at their expense since they make the mistake and not me. At this point MBE must step in to save my store or should I file Chapter 11 now and avoid the rush in January. If you have any suggestions on what can be done I am more then glad to listen.

Stuart Berk

Store 5603

EXHIBIT H
Pg 98

Date: Sat, 17 Nov 2007 07:56:27 -0700
From: "Stuart Berk" <store5603@theupsstore.com> Add to Address Book Block Sender Allow Sender
To: <kbudwine@wahlstrom.com>
Subject: Fwd: Wahlstrom-Screw-up Allow Subject
X-Mailer: USANET web-mailer (CM.0402.7.80)
Mime-Version: 1.0
Message-ID: <967Lkqo4b7990S29.1195311387@cmsweb29.cms.usa.net>

--------------------------------------------------------------------------------

Forwarded message is attached.
Attached Message

Received: from 68.194.66.92 [68.194.66.92] by cmsweb01.cms.usa.net (USANET web-mailer CM.0402.7.80); Sat, 17 Nov 2007 14:47:20 -0000
Date: Sat, 17 Nov 2007 07:47:20 -0700
From: "Stuart Berk" <store5603@theupsstore.com>
To: <sdandrea@ups.com>
Subject: Wahlstrom-Screw-up
CC: <jaschlessinger@mbe.com>, <rkaufman@mbe.com>, <dhigginson@mbe.com>, <tcrockett@mbe.com>, <ehankins@mbe.com>, <smathis@mbe.com>
X-Mailer: USANET web-mailer (CM.0402.7.80)
Mime-Version: 1.0
Message-ID: <878LkqoUu0868S01.1195310840@cmsweb01.cms.usa.net>
Content-Type: text/html; charset=ISO-8859-1

Steve,

Even though I am just recovering from major surgery I came into my store today(Saturday) at 7:45 AM to look for the fax confirmation I sent to Wahlstrom and after one and a half hours I found it. Now what is Wahlstrom going to do? I do not appreciate vendors (Wahlstrom) that I pay questioning my honesty. MBE has a fiduciary obligation to stand up for their stores. I realize that today is Saturday but being this is an urgent matter I need resolution Monday or am I to assume that because Wahlstrom pays MBE a commission that MBE will side with them and leave me (the store owner) getting screwed. Please contact me ASAP with any solutions.

PS: I have been trying to get the directions to my store corrected since July, when will this be done or am I to assume that it just doesn't matter.

Stuart Berk

Store# 5603

Phone 516-794-1540

EXHIBIT H
Pg 99

Date: Wed, 21 Nov 2007 09:38:43 -0700
From: "Stuart Berk" <store5603@theupsstore.com> Add to Address Book Block Sender Allow Sender
To: "Budwine, Kerri (CYP-WAH)" <kbudwine@wahlstrom.com>
Subject: Re: Mailer-Holiday Post Card for Shipping and Packaging Allow Subject
X-Mailer: USANET web-mailer (CM.0402.7.80)
Mime-Version: 1.0
Message-ID: <642Lkuqlr9180S13.1195663123@cmsweb13.cms.usa.net>

--------------------------------------------------------------------------------

Kerri,

The ads look good. I just want to confirm the two zip codes are East Meadow, NY 11554 and Westbury NY 11590. I will call you later.

Stuart

------ Original Message ------
Received: 06:05 PM MST, 11/20/2007
From: "Budwine, Kerri (CYP-WAH)" <kbudwine@wahlstrom.com>
To: "Stuart Berk" <store5603@theupsstore.com>
Cc: <sdandrea@ups.com>, <jaschlessinger@mbe.com>
Subject: Mailer-Holiday Post Card for Shipping and Packaging

I left you a message on VM at the store. We have 16,676 that can go out. It is best to use the Corporate approved copy as I have it on file and it can be mailed immediately. We will have our mailing house add the labels and send out tomorrow. Please confirm your address and phone number which will appear in the right hand corner of the post card.

The UPS Store
1936 Hempstead TPKE
East Meadow, NY 11554
Ph: 516-794-1540

Regards,

Kerri

--------------------------------------------------------------------------------

From: Stuart Berk [mailto:store5603@theupsstore.com]
Sent: Friday, November 16, 2007 2:03 PM

EXHIBIT H
Pg 100

To: Budwine, Kerri (CYP-WAH)
Subject: RE: Verizon

Kerri,

I am coming into the store Saturday to try and find the fax confirmation. When and if I do find the confirmation what are you (Wahlstrom) going to do, rewrite the Verizon Book and redistribute it before Thanksgiving? Lets not play games and be legimate.

Stuart Berk

Store5603

------ Original Message ------
Received: 02:30 PM MST, 11/16/2007
From: "Budwine, Kerri (CYP-WAH)" <kbudwine@wahlstrom.com>
To: "Stuart Berk" <store5603@theupsstore.com>
Cc: <sdandrea@ups.com>, <jaschlessinger@mbe.com>, <tcrockett@mbe.com>, <rkaufman@mbe.com>
Subject: RE: Verizon

Mr. Berk:
I will be happy to check into that. Do you have any back up, fax confirmations, etc. that prove you sent the contract. Wahlstrom can not be responsible for anything that is said it was sent if we do not have that back up, nor a contract in hand.
Please check your records and your fax memory and advise me if you have anything that you can send to me.
Regards,
KERRI BUDWINE
Account Director

6261 Katella Avenue
Cypress, CA 90630
714.229.7862 • Fax 714.229.7850 Cell 714-614-4268

--------------------------------------------------------------------------------

EXHIBIT H
Pg 101

From: Stuart Berk [mailto:store5603@theupsstore.com]
Sent: Friday, November 16, 2007 1:05 PM
To: Budwine, Kerri (CYP-WAH)
Cc: sdandrea@ups.com; jaschlessinger@mbe.com; tcrockett@mbe.com; rkaufman@mbe.com
Subject: Verizon

Kerry,

I am a UPS Store owner in Nassau County in New York and and on Wed. when I received my Verizon Yellow Book my store was omited from the listings. I sent my contract back on July 27th. Now the fun begins,Kathy Kelly says she never received the signed contract and I sent it. What can be done to rectify this problem. Peak season starts next Friday and I have no listings. This is an emergency that must have a solution now not inafew weeks. please contact me ASAP since peak season starts Friday Nov.23rd.

Stuart Berk

Store5603

Phone 516-794-1540

EXHIBIT H
Pg102

Date: Tue, 11 Mar 2008 14:43:08 -0700
From: "Stuart Berk" <store5603@theupsstore.com> Add to Address Book Block Sender Allow Sender
To: "Budwine, Kerri (CYP-WAH)" <kbudwine@wahlstrom.com>
Subject: Re: Mailing Allow Subject
X-Mailer: USANET web-mailer (CM.0402.7.83)
Mime-Version: 1.0
Message-ID: <070mckVQi5388S09.1205271788@cmsweb09.cms.usa.net>
Content-Type: text/html; charset=ISO-8859-1

---

Kerri,

My name is not Stan. Since you made that mistake I would like to verify that the information about my store is correct before you mail it out.

Stuart Berk

Store # 5603

------ Original Message ------
Received: 02:16 PM MST, 03/11/2008
From: "Budwine, Kerri (CYP-WAH)" <kbudwine@wahlstrom.com>
To: <store5603@theupsstore.com>
Subject: Mailing

Stan-

Here is the ad going out for your next mailing. It is being printed today and mailed tomorrow. Your contact information appears on the back of the post card.

Kerri

> --------------------------------------------
> Attachment: 4102015TUPSS_LiveTxt.pdf
> MIME Type: application/octet-stream
> --------------------------------------------

EXHIBIT I-1
Pg 103