PAUL A. REYNOLDS (Bar No. 179656)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

SAMUEL B. ISAACSON
PETER M. ELLIS
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60610
Tel: 312.368.4000
Fax: 312.236.7516

Attorneys for Plaintiff
**Mail Boxes Etc., Inc.**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**MAIL BOXES ETC., INC.,**

**Plaintiff,**

**v.**

**STUPS, INC. and STUART BERK,**

**Defendants.**

Case No. 3:08-CV-00491-JAH-POR

**EXHIBIT D TO SUPPLEMENTAL DECLARATION OF ROBERT KAUFMAN**

Date: April 11, 2008
Time: 9:30 a.m.
Judge: Hon. John A. Houston
Place: Courtroom 11

Pursuant to the Court's Minute Order of April 1, 2008, attached is an audio compact disc. This is Exhibit D to the Supplemental Declaration of Robert Kaufman filed with the Court on March 25, 2008.

Dated: April 2, 2008

DLA PIPER US LLP

By ______________________

PAUL A. REYNOLDS
Attorneys for Plaintiffs
Mail Boxes Etc., Inc.
paul.reynolds@dlapiper.com