UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAIL BOXES ETC., INC.,<br>Plaintiff,<br>v.<br>STUPS, INC. and STUART BERK,<br>Defendants.<br>AND RELATED COUNTERCLAIM | ) | Civil No.08cv0491 JAH (POR)<br>**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER; SETTING A HEARING ON DEFENDANTS' MOTION FOR TEMPORARY RESTRAINING ORDER AND SETTING HEARING DATE AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** |

On April 1, 2008, a hearing on Plaintiff's motion for temporary restraining order was held. Paul Reynolds and Samuel Isaacson appeared on behalf of Plaintiff and Jay Stein appeared on behalf of Defendants/Counter-claimants. The Court granted Plaintiff's application to permit manual filing of an exhibit and resolved Defendants' various objections. Finding Defendants' motion for a temporary restraining order filed late March 28, 2008, involved issues identical to those of Plaintiff's motion, the Court found it appropriate to continue the hearing on Plaintiff's motion, so the motions could be heard simultaneously. The Court also directed counsel to contact the Honorable Louisa S Porter, United States Magistrate Judge, to schedule a conference to attempt to resolve issues pending in the motions for a temporary restraining order.

This Court further finds it appropriate to schedule a hearing on Defendants' motion

to dismiss filed on March 28, 2008.[1]

Accordingly, in conjunction with the order made on the record, **IT IS HEREBY ORDERED**:

1. Plaintiff's application to permit manual filing of an exhibit (Doc. No. 8) is **GRANTED**.
2. The hearing on Plaintiff's motion for a temporary restraining order (Doc. No. 4) is continued to and the hearing on Defendants/Counter-claimants' motion for a temporary restraining order (Doc. No. 19) is scheduled for **April 11, 2008 at 9:30 a.m.**
3. Plaintiff shall file and serve a response to Defendants/Counter-claimants' motion **on or before April 4, 2008**. No reply shall be filed.
4. Defendants/Counter-claimants' motion to dismiss (Doc. No. 18) shall be heard before this Court on **May 19, 2008 at 2:30 p.m.** Plaintiff shall file and serve a response to the motion to dismiss **on or before April 28, 2008**. Any reply shall be filed **on or before May 5, 2008**.

DATED: April 1, 2008

JOHN A. HOUSTON
United States District Judge

[1]The parties are notified that they must contact this Court's staff and obtain a hearing date prior to filing a motion. See CivLR 7.1(b)