PAUL A. REYNOLDS (Bar No. 179656)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

SAMUEL B. ISAACSON (*Admitted Pro Hac Vice*)
PETER M. ELLIS (*Admitted Pro Hac Vice*)
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60610
Tel: 312.368.4000
Fax: 312.236.7516

Attorneys for Plaintiff
**Mail Boxes Etc., Inc.**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MAIL BOXES ETC., INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**STUPS, INC. and STUART BERK,**<br><br>**Defendants.** | Case No. 3:08-CV-00491-JAH-POR<br><br>**PLAINTIFF MAIL BOXES ETC., INC.'S EX PARTE APPLICATION FOR EXPEDITED HEARING ON MOTION FOR LEAVE TO AMEND**<br><br>Date: To Be Determined<br>Time: To Be Determined<br>Judge: Hon. John A. Houston<br>Place: Courtroom 11 |

Plaintiff Mail Boxes Etc., Inc. (MBE) has moved for leave to file a Verified First Amended Complaint adding its corporate parent, United Parcel Service of America, Inc. (UPS) as a co-plaintiff.

This action has been brought by MBE to enforce its rights as a licensee of various trademarks owned by UPS, MBE's corporate parent. UPS desires to be added as a party and to join in MBE's pending Motion for Temporary Restraining Order to ensure that its rights as the owner and registrant of the marks are fully protected. Accordingly, the proposed Verified First Amended Complaint adds UPS as a party plaintiff (and makes no other substantive changes). At the same time, UPS is joining MBE's pending Motion for Temporary Restraining Order.

Since MBE's Motion for Temporary Restraining Order is set for hearing on April 11, 2008, hearing this Motion for Leave to File Verified First Amended Complaint on the normal noticed motion schedule would not allow for UPS' joinder on a timely basis.

MBE therefore requests that this Court order that the Motion for Leave to File Verified First Amended Complaint, and any objections thereto, be set for hearing concurrently with MBE's Motion for Temporary Restraining Order on April 11, 2008 at 9:30 am.

Dated: April 4, 2008

DLA PIPER US LLP

By /s/ Paul A. Reynolds
PAUL A. REYNOLDS
Attorneys for Plaintiffs
Mail Boxes Etc., Inc.
paul.reynolds@dlapiper.com