PAUL A. REYNOLDS (Bar No. 179656)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

SAMUEL B. ISAACSON (*Admitted Pro Hac Vice*)
PETER M. ELLIS (*Admitted Pro Hac Vice*)
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60610
Tel: 312.368.4000
Fax: 312.236.7516

Attorneys for Plaintiff
**Mail Boxes Etc., Inc.**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**MAIL BOXES ETC., INC.,**

**Plaintiff,**

**v.**

**STUPS, INC. and STUART BERK,**

**Defendants.**

Case No. 3:08-CV-00491-JAH-POR

**PROOF OF SERVICE**

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, San Diego, California 92101. On April 4, 2008, I served the within documents:

1. **Plaintiff Mail Boxes Etc., Inc.'s Ex Parte Application for Expedited Hearing on Motion for Leave to Amend**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and deposited with UPS Overnight at San Diego, California addressed as set forth below.

☐ by personally delivering the document(s) listed above at the address(es) set forth below.

☒ by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system.

John J. Waller, Jr., Esq.
Jay Stein, Esq.
Finestone & Richter
11601 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Tel. 310.575.0800
Fax: 310.575-0170
jwaller@frlawcorp.com
jstein@frlawcorp.com
Attorney for Defendants

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on April 4, 2008, at San Diego, California.

Debby J. Brady