UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIL BOXES ETC., INC.,<br>Plaintiff,<br>v.<br>STUPS, INC. and STUART BERK,<br>Defendants. | Civil No. 08cv0491-JAH (POR)<br>**ORDER TO MEET AND CONFER** |

On April 1, 2008, the Honorable John A. Houston held a hearing on Plaintiff's motion for a temporary restraining order. Based on the Court's finding that Defendants' motion for a temporary restraining order involved issues identical to those of Plaintiff's motion, the Court continued the hearing on Plaintiff's motion to April 11, 2008 at 9:30 a.m. so the motions could be heard simultaneously. Additionally, Judge Houston directed counsel to contact the Honorable Louisa S Porter, United States Magistrate Judge, to schedule a conference to attempt to resolve issues pending in the motions for a temporary restraining order.

In accordance with Judge Houston's order, counsel contacted Judge Porter and this Court held a conference with counsel on April 1, 2008. Based on discussions at the conference, counsel shall meet and confer in person on or before **April 9, 2008** to continue working towards resolving

///

///

///

///

the issues pending in the motions for a temporary restraining order.

**IT IS SO ORDERED.**

DATED: April 4, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable John A. Houston
all parties