PAUL A. REYNOLDS (Bar No. 179656)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

SAMUEL B. ISAACSON (*Admitted Pro Hac Vice*)
PETER M. ELLIS (*Admitted Pro Hac Vice*)
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60610
Tel: 312.368.4000
Fax: 312.236.7516

Attorneys for Plaintiff
**Mail Boxes Etc., Inc.**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**MAIL BOXES ETC., INC.,**

**Plaintiff,**

**v.**

**STUPS, INC. and STUART BERK,**

**Defendants.**

Case No. 3:08-CV-00491-JAH-POR

**PLAINTIFF MAIL BOXES ETC., INC.'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Date: To Be Determined
Time: To Be Determined
Judge: Hon. John A. Houston
Place: Courtroom 11

**ORAL ARGUMENT REQUESTED**

PLEASE TAKE NOTICE THAT on a date and time to be determined, and of which you will promptly be given notice, before the Honorable John A. Houston, Plaintiff Mail Boxes Etc., Inc. ("MBE") will move the Court for leave to file an amended complaint adding UPS, Inc. as a plaintiff. This motion is made by Rule 15 of the Federal Rules of Civil Procedure. The grounds for the motion are more fully set forth in the accompanying Memorandum of Points and Authorities. The motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, and whatever other evidence and argument the court will hear.

Dated: April 4, 2008

DLA PIPER US LLP

By /s/ Paul A. Reynolds

PAUL A. REYNOLDS
Attorneys for Plaintiffs
Mail Boxes Etc., Inc.
paul.reynolds@dlapiper.com