PAUL A. REYNOLDS (Bar No. 179656)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

SAMUEL B. ISAACSON (*Admitted Pro Hac Vice*)
PETER M. ELLIS (*Admitted Pro Hac Vice*)
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60610
Tel: 312.368.4000
Fax: 312.236.7516

Attorneys for Plaintiff
**Mail Boxes Etc., Inc.**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**MAIL BOXES ETC., INC.,**

**Plaintiffs,**

**v.**

**STUPS, INC. and STUART BERK,**

**Defendants.**

CV NO. 3:08-CV-00491-JAH-POR

**PROPOSED PLAINTIFF UPS'S NOTICE OF JOINDER IN MBE'S PENDING MOTION FOR TEMPORARY RESTRAINING ORDER**

Date: April 11, 2008
Time: 9:30 a.m.
Judge: Hon. John A. Houston
Place: Courtroom 11

Proposed Plaintiff, United Parcel Service of America, Inc. ("UPS") hereby joins in the pending motion of plaintiff, Mail Boxes Etc., Inc. ("MBE"), for temporary restraining order to enjoin defendants' use and infringement of the trademarks owned by UPS and licensed to MBE, a UPS subsidiary.

On March 17, 2008, MBE filed its complaint in this action, which seeks, *inter alia*, to protect its rights and interests in various trademarks and service marks owned and registered by UPS with the United States Patent and Trademark Office. These marks include "The UPS Store" name through which defendants, a former MBE franchisee, are conducting business with the public as a packaging, delivery, and business communications center.

UPS, as the owner of the trademarks in issue, has an interest in this lawsuit, and has rights in the marks which are entitled to protection under the Lanham Act. Consequently, UPS seeks to be heard in this case as a co-plaintiff with MBE and to join in MBE's pending Motion for Temporary Restraining Order to be heard pursuant to Order of Court on April 11, 2008. In support of this joinder, UPS adopts and incorporates by reference MBE’s pending Motion for Temporary Restraining order and all allegations of the Verified Amended Complaint. UPS does not seek further briefing on either MBE’s Motion for Temporary Restraining Order or the Defendants’ pending Motion for Temporary Restraining Order.

No prejudice will be caused to Defendants by UPS’ joinder. Indeed, MBE has already identified in this lawsuit that the Marks which it licensed to the Defendants are registered and owned by UPS. (*See* Memorandum of Points and Authorities In Support of Plaintiff’s Application for Temporary Restraining Order at p.8-9.)

Dated: April 4, 2008

DLA PIPER US LLP

By /s/ Paul A. Reynolds

PAUL A. REYNOLDS
Attorneys for Plaintiffs
Mail Boxes Etc., Inc.
paul.reynolds@dlapiper.com