PAUL A. REYNOLDS (Bar No. 179656)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

SAMUEL B. ISAACSON (*Admitted Pro Hac Vice*)
PETER M. ELLIS (*Admitted Pro Hac Vice*)
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60610
Tel: 312.368.4000
Fax: 312.236.7516

Attorneys for Plaintiff
**MAIL BOXES ETC., INC.**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MAIL BOXES ETC., INC.,** | CV NO. 3:08-CV-00491-JAH-POR |
| **Plaintiff,** | |
| **v.** | **DECLARATION OF DAVID MAZZOLA** |
| **STUPS, INC. and STUART BERK,** | Date: April 11, 2008 |
| **Defendants.** | Time: 9:30 am<br>Judge: Hon. John A. Houston<br>Place: Courtroom 11 |

I, David Mazzola, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of 18. I have personal knowledge of the matters set forth below and can competently testify to them if and when called upon to do so.

2. I am employed by United Parcel Service of America, Inc. ("UPS") as Business Manager, responsible for the nine franchisees of Mail Boxes Etc, Inc. ("MBE") operating under "The UPS Store®" trade name in UPS's "Hicksville" territory of Nassau County. In that capacity, since July of 2007, I have had dealings with MBE franchise Center 5603 operated by Stuart Berk.

3. During his time as an MBE franchisee, Mr. Berk constantly called me to complain about UPS's services, to the point that I felt I was being harassed. Mr. Berk's tone with me was frequently abusive, and he often screamed at me. He made frequent and unreasonable demands, and treated me in a very obnoxious matter. Mr. Berk's actions were very disruptive to UPS's operations.

4. I found Mr. Berk incredibly difficult to deal with.

5. I am aware that in late February 2008, Mr. Berk reportedly made a threat to "blow up" a UPS distribution center in Uniondale, New York.

6. Based upon Mr. Berk's course of conduct, I would be very much opposed to having to work with him again in the future.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of April, 2008 in Uniondale, New York.

[signature]
David Mazzola