PAUL A. REYNOLDS (Bar No. 179656)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

SAMUEL B. ISAACSON (*Admitted Pro Hac Vice*)
PETER M. ELLIS (*Admitted Pro Hac Vice*)
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60610
Tel: 312.368.4000
Fax: 312.236.7516

Attorneys for Plaintiff
**MAIL BOXES ETC., INC.**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MAIL BOXES ETC., INC.,**<br>**Plaintiff,**<br>**v.**<br>**STUPS, INC. and STUART BERK,**<br>**Defendants.** | CV NO. 3:08-CV-00491-JAH-POR<br><br>**DECLARATION OF STEPHEN HERNANDEZ**<br><br>Date: April 11, 2008<br>Time: 9:30 am<br>Judge: Hon. John A. Houston<br>Place: Courtroom 11 |

I, Stephen Hernandez, declare as follows:

1. I am over the age of 18. I have personal knowledge of the matters set forth below and can competently testify to them if and when called upon to do so.

2. I am employed by Mail Boxes Etc., Inc. ("MBE"), as the Security Manager and the Regional Operations Coordinator for Region 3. In my capacity as the Security Manager, I coordinate, among other things, the investigation and reporting of threats made by callers to UPS Customer Service Centers relating to the MBE network. In my position as the Regional

Operations Coordinator for Region 3, I work with area franchisees and District personnel to ensure that the Centers within the Region (North Carolina, South Carolina, Alabama, Georgia, and portions of Louisiana) are conducting business in compliance with MBE's image, branding and operational requirements. In this role I regularly coordinate with my District Consultants to support Centers within my Region through the development of marketing plans, conducting operational training, and identifying methods and incentives to drive individual Center revenue growth. As a result, as the Regional Operations Coordinator for Region 3, I am typically conducting network meetings or visiting Center locations to provide necessary support.

3. On February 26, 2008, I was notified by MBE security personnel that Stuart Berk, the owner and operator of The UPS Store® Center 5603, had threatened to blow up the UPS Customer Center in Nassau County, New York.

4. At the time that I received this notification, I was participating in an MBE Area Franchisee Conference (the "AFC") in California. The AFC is an important, mandatory annual meeting, attended by all MBE area franchisees throughout the network (approximately 115 to 120 area franchisees). Due to the nature of this threat, I was required to leave the AFC in order to attend to this very serious matter.

5. On that same day, I contacted Sue Decasse, the MBE Security Consultant for Region 1 and 2.

6. At my direction, Ms. Decasse and I conducted a detailed investigation of Mr. Berk's threat to blow up, which included:

a. Interviewing MBE management and personnel regarding the threat;

b. Conducting a telephone interview with UPS personnel at the Call Center located in Newport News, Virginia regarding the threat;

c. Conducting a telephone interview with APAC Customer

Service Incorporated ("APAC") personnel at the Call Center located in Newport News, Virginia regarding the threat;

d. Obtaining authorization from APAC to interview the customer service agent, Latasha Chatman, who received Mr. Berk's threat;

e. Conducting a telephone interview with Mr. Berk regarding the threat;

f. Review of Mr. Berk's franchise operations history; and

g. Consultation with MBE's Threat Response Team regarding the status of the matter.

7. At my direction, on March 5, 2008, Ms. Decasse traveled from New Jersey to Georgia to meet with me to finalize the investigation. Our meetings lasted from March 5 through March 7, 2008.

8. On March 12, 2008, I directed Ms. Decasse to meet with Nassau County, New York law enforcement officials regarding Mr. Berk's threat to blow up the UPS Center in Nassau County.

9. On that same day, I traveled from Georgia to New York to personally assess the security situation relating to Mr. Berk's threat to blow up the UPS Center in Nassau County.

10. On March 13, 2008, accompanied by Nassau County New York police officers, I delivered to Mr. Berk at Center 5603 a notice of termination of his franchise.

11. As a result of having to investigate and address Mr. Berk's threat to blow up the UPS Center in Nassau County, New York, my normal business responsibilities relating to my Security Manager and Regional Operations Coordinator positions have been severely disrupted.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of April, 2008 in San Diego, California.

Stephen Hernandez