PAUL A. REYNOLDS (Bar No. 179656)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

SAMUEL B. ISAACSON (*Admitted Pro Hac Vice*)
PETER M. ELLIS (*Admitted Pro Hac Vice*)
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60610
Tel: 312.368.4000
Fax: 312.236.7516

Attorneys for Plaintiff
MAIL BOXES ETC., INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAIL BOXES ETC., INC., Plaintiff, v. STUPS, INC. and STUART BERK, Defendants. | CV NO. 3:08-CV-00491-JAH-POR<br>**DECLARATION OF SHARON MUELLER**<br>Date: April 11, 2008<br>Time: 9:30 am<br>Judge: Hon. John A. Houston<br>Place: Courtroom 11 |

I, Sharon Mueller, declare as follows:

1. I am over the age of 18. I have personal knowledge of the matters set forth below and can competently testify to them if and when called upon to do so.

2. I am employed by United Parcel Service of America, Inc. ("UPS") as the Customer Contact Unit and Retail Preferred Customer Associate Manager for the UPS Call Center located in Newport News, Virginia. In my position as the Customer Contact Unit and Retail Preferred Customer Associate Manager for the UPS Call Center located in Newport News,

Virginia, I oversee the daily operations of these departments at the facility and ensure that all UPS policies and procedures are followed.

3. At UPS, we take workplace safety very seriously and train our employees to avoid injury to themselves and others in all phases of their work. A true and correct copy of the written UPS Workplace Violence Policy (the "Policy") is attached hereto as Exhibit A. This Policy was prepared and has been maintained in the ordinary course of business. UPS prohibits all manners of workplace violence, including threatening comments and intimidation made by employees and non-employees alike. The prohibition against workplace violence extends beyond UPS employees to encompass all those with whom we come into contact during the course of our work. UPS has a "zero tolerance" policy for workplace violence. The Policy advises that "[s]ome external sources of violence could include customers, vendors and former employees." Under the Policy "UPS prohibits all manners of workplace violence" and notes that "any comments or behavior that reasonably could be interpreted as intent to do harm to employees or property will be considered a threat." Employees are trained to take all threats seriously and to report immediately any such threats:

> Any employee who believes he or she may be the target of violence or threats of violence, or is aware of violent or threatening conduct by another individual, that could result in injury to a UPS employee or the destruction of property, has a responsibility to immediately report the situation to his or her immediate supervisor or manager.

Employees who fail to adhere to the Policy, including the reporting responsibilities, are subject to disciplinary action which may include but is not limited to suspension or termination of employment.

4. On February 26, 2008, Latasha Chatman, an APAC employee at the UPS Newport News facility filed a written report that a customer identified as Stuart Berk had threatened to blow up the UPS Customer Center in Nassau County, New York.

5. As a result of Mr. Berk's conduct and threats of physical violence, Ms. Chatman reported Mr. Berk's threat to her supervisor, who in turn reported the incident to me. Ms. Chatman also prepared a written report of Mr. Berk's threat to blow up the UPS Customer Center in Nassau County, New York.

6. Due to Mr. Berk's course of conduct, all UPS and APAC personnel at the Newport News facility have been required to modify their normal business practices in order to address this serious concern.

7. For example, on February 27, 2008, after consulting with UPS management and security personnel, I directed all UPS and APAC personnel at the Newport News facility to notify a supervisor in the event Mr. Berk called back to the facility, in order to record the conversation for security purposes and proper documentation.

8. In addition, on March 17, 2008, I directed all UPS and APAC personnel at the Newport News facility to immediately escalate any telephone calls received from Mr. Berk to a supervisor or a manager to handle the call if Mr. Berk deviated from discussing business-related matters or became the least bit agitated, rather than having the customer service representatives handle such calls themselves as they typically would under normal circumstances.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of April, 2008 in Newport News, Virginia.

Sharon Mueller 4/4/08

Sharon Mueller

# EXHIBIT A

# UPS COMPREHENSIVE HEALTH & SAFETY PROCESS

PERMANENT POSTING

## WE STRESS SAFETY THROUGHOUT OUR COMPANY.

The safety of our people and of the general public is of utmost importance to us. We train our people to avoid injury to themselves and others in all phases of their work. We do not tolerate unsafe work practices.

We encourage the involvement of our people in safety awareness activities and give recognition to employees for safety accomplishments. We are all committed to fostering the most effective safe practices in all our work.

By meeting our own high safety standards, we will be contributing to the well-being of our people, our company, and the communities we serve.

## DRUG AND ALCOHOL POLICY

It is our policy to maintain a drug-free and alcohol-free work environment. Use of illegal drugs and/or alcohol creates serious health and safety risks in the workplace. The use, sale, transfer, or possession of alcohol, illegal drugs, or other illegal substances is strictly prohibited while at work, on company property, or while on company business. This prohibition also includes illegal or improper use of controlled substances.

Reporting to work under the influence of any such substance also is strictly prohibited. No employee is permitted to go on duty or remain on duty if he or she possesses or has the presence of an unauthorized controlled substance or alcohol in their system. Employees are not permitted to go on duty or remain on duty if they may be impaired by the presence of an authorized controlled substance. In addition, we must comply with all laws and regulations regarding the use or possession of alcohol, illegal drugs, or controlled substances by all persons, including those who perform safety sensitive jobs.

We also require, if necessary, a fitness-for-duty medical evaluation any time an employee, by his or her actions or behavior, gives UPS reasonable cause to determine whether an employee has violated the UPS Drug and Alcohol Policy.

## UPS CRISIS MANAGEMENT AND WORKPLACE VIOLENCE PREVENTION POLICY

UPS is committed to a safe working environment, free of threats, intimidation, and physical harm. All employees have a right to work in a safe environment and share the responsibility for assuring each other's safety. UPS has adopted a policy of zero tolerance with respect to violence in the workplace.

UPS prohibits violence related conduct, including but not limited to, physical assaults, fighting, threatening comments, intimidation, and the intentional destruction of any company property, employee property, or merchandise. Any comments or behavior that could reasonably be interpreted as an intent to do harm to employees or property will be considered a threat. We also prohibit the possession and/or use of weapons by any employee on UPS property.

Any employee who believes he or she may be the target of violence or threats of violence, or is aware of violent or threatening conduct by another individual that could result in injury to a UPS employee or the destruction of property, has a responsibility to immediately report the situation to his or her immediate supervisor or manager. If the employee is unable or prefers not to contact their immediate supervisor or manager, the employee can promptly contact one of the four management representatives listed below or call the UPS Help Line at 1-800-220-4126 — 24 hours a day.

Your information will be treated as important and appropriate action, including an investigation, will be taken. If an investigation reveals that this policy has been violated, such conduct will be dealt with appropriately. This may include disciplinary action up to and including termination of employment of person(s) in violation of this policy. Individuals violating laws also may be subject to criminal prosecution.

To the extent possible, investigations will be kept confidential among the employees concerned and those employees who need to be informed in order to complete the investigation. Any employee who brings a report to the attention of the company in good faith and/or provides information related to such a report will not be adversely affected or retaliated against for doing so.

Contact:

| | |
|---|---|
| Human Resources Manager | Labor Relations Manager |
| Occupational Health management | Security Manager |

©2003, United Parcel Service of America, Inc. All Rights Reserved.
010100060884 (8/03) Reprint 2M

# Section 34 - Workplace Violence

Your ability to recognize the stages of potentially violent behavior will aid you in generating appropriate responses. Violent behavior does not usually erupt. It builds through a series of stages.

1. The first stage is Anxiety – Symptoms or behaviors could be fidgeting and clenched fists.
2. Loss of Verbal Control - Symptoms or behaviors could be profanity, raised voice, unclear speech, language or rambling.
3. Loss of Physical Control - Symptoms or behaviors could be physical aggression, slamming a hand on the desk or slamming the door, etc.

Most workplace murders, or other traumatic violent incidents by disgruntled or fired employees, are pre-meditated and had manifested warning signs. There are indicators or "**Red Flags**" that can alert you that there is a potential for violence.

**"Red Flags" are:**

- Past threats inappropriate conduct
- Job performance deterioration
- Past history of violence
- Suicidal statements or acts
- Depression / mood swings / self-esteem problems
- Any signs of alcohol / drug abuse
- Recently marked personality changes

*The red flags listed above are tools to assess the potential for violence. One should never rely solely on this list when evaluating a threatening situation. (Refer to the Crisis Management and Workplace Violence Prevention Program Management Guidelines page 7.)*

If management observes signs (red flags) of potential violence – they must consider whether assessment of the situation by the TRT is necessary. The TRT has two roles. The first is to be proactive in helping to prevent workplace violence, second is to be reactive.

**Security's Role as Part of the TRT;**

Should the TRT be convened, the TRT will complete an initial assessment. Security will complete an Incident Report whether or not the TRT decides to take further action. If the TRT decides to take some kind of action, the TRT must define the security needs of the situation. Refer to the Security Considerations Checklist in your Crisis Management and Workplace Violence Prevention Program.

*Decisions concerning safety and security issues should be reviewed by Corporate Legal Counsel or local counsel if Corporate is not available*

Additional information about UPS Crisis Management and Workplace Violence Prevention Program is available at:
http://corphs.inside.ups.com/healthsafety/Content/Library/Manuals/CMT_Reference_Guide.pdf.



PRIVILEGED AND CONFIDENTIAL: Not for external use. Use and distribution limited solely to authorized personnel. The use, disclosure, reproduction, modification, transfer, or transmittal of this work for any purpose in any form or by any means without the written permission of United Parcel Service is strictly prohibited.

EXHIBIT A PAGE 5

# Section 34 - Workplace Violence

UPS is committed to creating a safe working environment, free from threats, intimidation, and physical harm.

Created in 1995, the Threat Response Team (TRT) was developed and addressed UPS's concerns related to the increasing problem of critical incidents and violence in our society. Re-branded as The Crisis Management and Workplace Violence Prevention Program, it now reflects our recognition of current global safety concerns. Members of the program are represented by, but not limited to, Human Resources, Occupational Health, Security, and Labor Relations.

UPS prohibits all manners of workplace violence, including but not limited to physical assaults, threatening comments, intimidation, and the intentional destruction of any company property, employee's property, or merchandise. Additionally, any comments or behavior that reasonably could be interpreted as intent to do harm to employees or property will be considered a threat.

It's important to remember that UPS has Zero Tolerance policy for workplace violence, which applies not only to everyone at UPS, but also to those with whom we come in contact with during the course of our work.

Crisis can come from inside or outside a company. Critical incidents can be caused by natural disasters or human-induced. UPS has exposures in at least six different categories, workplace violence being one such incident.

**Types of Crisis Situations:**

**Accidents**
- Aircraft
- Ocean Vessel
- Train Derailment
- Building Explosion

**Business Related**
- Damage to reputation
- Sexual Harassment
- Strike

**Criminal**
- Terrorism
- Bomb Threat
- Workplace Violence

**Environmental**
- Anthrax
- Nuclear
- Bio-terrorism
- Utility Outage

**Natural Disasters**
- Earthquake
- Fire
- Hurricane/tornado/electrical storm

**Political Activity**
- Hijack
- Civil Demonstration
- Riot

Some external sources of violence could include customers, vendors, and former employees. Internal sources of violence may include gangs, disgruntled employees, or employees with conflicts. There are many potential situations where violence and incidents can occur. Increased awareness of your surroundings and warning signs is the key to prevention.

Society has changed dramatically in the last few years. While good hiring, screening and interviewing practices are preventative measures, there is no sure way to screen out or predict who may become violent or irrational.



PRIVILEGED AND CONFIDENTIAL: Not for external use. Use and distribution limited solely to authorized personnel. The use, disclosure, reproduction, modification, transfer, or transmittal of this work for any purpose in any form or by any means without the written permission of United Parcel Service is strictly prohibited.

EXHIBIT A PAGE 6

# Section 34 - Workplace Violence

Violence may be physical, verbal and directed at the company or company representatives. UPS's policy is ZERO TOLERANCE.

**Types of Violence May Include, But Are Not Limited To:**

**Physical**
- Homicide
- Having a weapon
- Assaults

**Verbal**
- Threats (Telephoned, Written or Verbal)
- Harassment
- Abuse
- Intimidation

**Company Directed**
- Arson
- Vandalism
- Sabotage of Equipment

**The UPS Crisis Management and Workplace Violence Prevention Policy states:**

[redacted]

UPS is committed to a safe working environment, free of threats, intimidation and physical harm. All employees have a right to work in a safe environment and share the responsibility for assuring each other's safety. UPS has adopted a policy of zero tolerance.

UPS prohibits violence related conduct including but not limited to ... physical assaults, fighting, threatening comments, intimidation, and the intentional destruction of any Company property, employee property, or merchandise. Any comments or behavior that reasonably could be interpreted as intent to do harm to employees, customers or property will be considered a threat.

Any employee who believes he or she may be the target of violence or threats of violence, or is aware of violent or threatening conduct by another individual, that could result in injury to a UPS employee or the destruction of property, has a responsibility to immediately report the situation to his or her immediate supervisor or manager. If the employee is unable or prefers not to contact their immediate supervisor or manager, the employee can promptly contact one of the four management representatives listed below or call the UPS Help Line at 1-800-220-4126 - 24 hours a day.

Your information will be treated as important and appropriate action, including an investigation, will be taken. If an investigation reveals that this policy has been violated, such conduct will be dealt with through disciplinary action which may include but is not limited to suspension or termination of employment of persons in violation of this policy. Individuals violating laws may also be subject to criminal prosecution.



PRIVILEGED AND CONFIDENTIAL: Not for external use. Use and distribution limited solely to authorized personnel. The use, disclosure, reproduction, modification, transfer, or transmittal of this work for any purpose in any form or by any means without the written permission of United Parcel Service is strictly prohibited.

EXHIBIT A PAGE 7

## Section 34 - Workplace Violence

To the extent possible, investigations will be kept confidential among the employees concerned and those employees who need to be informed in order to complete the investigation. Any employee who brings a report to the attention of the Company in good faith and/or provides information related to such a report will not be adversely affected or retaliated against.

Contact:

**Human Resources manager**
**Occupational Health representative**
**Labor Relations manager**
**Security manager**

A threat of violence is clearly defined in the policy as any act of physical aggression or any statement that is or could be perceived as intent to cause physical harm to an employee or to UPS business or property.

**There Are Three Types of Threats:**

Veiled Threat – A threat that is hinted at. Example of such a threat statement is: *"Now I understand why they do what they do at the Post Office".*

Conditional / Manipulative / Negotiating Threat – A conditional is laid out, usually in an "if...then" statement. Example of such a threat statement is: *"If I don't get that raise, then I'll have a bullet with somebody's name on it!"*

Unconditional / Pure Threat – No condition. No negotiating. Example of such a threat statement is: *"All I can think about is coming back with my gun and taking out my boss."*

In situations like this, you must focus on the reaction of others. If others believe it was a real threat rather than a remark, then appropriate action must be taken.

### ZERO TOLERANCE

The policy reads: *If an investigation reveals that this policy has been violated, such conduct will be dealt with appropriately. This may include disciplinary action up to and including termination of employment of person(s) in violation of this policy.*

A key in preventing workplace violence is to make all UPS employees aware of the Zero Tolerance Policy and to know the importance of immediately addressing such incidents.

### The Stages of Violent Behavior

Violent behavior is typically a response to the loss or perceived loss of one's "personal power". This power is derived from such things as self-respect, trust, control of a situation, and a sense of personal dignity.



PRIVILEGED AND CONFIDENTIAL: Not for external use. Use and distribution limited solely to authorized personnel. The use, disclosure, reproduction, modification, transfer, or transmittal of this work for any purpose in any form or by any means without the written permission of United Parcel Service is strictly prohibited.

EXHIBIT A PAGE 8