PAUL A. REYNOLDS (Bar No. 179656)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

SAMUEL B. ISAACSON (*Admitted Pro Hac Vice*)
PETER M. ELLIS (*Admitted Pro Hac Vice*)
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60610
Tel: 312.368.4000
Fax: 312.236.7516

Attorneys for Plaintiff
**MAIL BOXES ETC., INC.**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MAIL BOXES ETC., INC.,**<br>**Plaintiff,**<br>**v.**<br>**STUPS, INC. and STUART BERK,**<br>**Defendants.** | CV NO. 3:08-CV-00491-JAH-POR<br><br>**DECLARATION OF JAY SCHLESSINGER**<br><br>Date: April 11, 2008<br>Time: 9:30 AM<br>Judge: Hon. John A. Houston<br>Place: Courtroom 11 |

I, Jay Schlessinger, declare as follows:

1. I am over the age of 18. I have personal knowledge of the matters set forth below and can competently testify to them if and when called upon to do so.

2. I am the Operations Manager for the Northeast Region 1 employed by Mail Boxes Etc, Inc., including Nassau County, New York. As MBE's Operations Manager for the Northeast Region 1, my responsibilities include providing training and operational support to MBE franchisees located within the Northeast Region 1. MBE franchisees operate within Northeast Region 1 under "The UPS Store®" trade name, among others. In connection with my

responsibilities as the Operation Manager for the Northeast Region 1, I require the five District Consultants that report to me to provide operational support and training to more than 150 franchisees located within Northeast Region 1.

3. MBE Center 5603 is located within Northeast Region 1 at 1936 Hempstead Turnpike, East Meadow, New York. Center 5603 is owned by Stups, Inc. Stuart Berk is the primary owner/operator of Center 5603 and, as such, conducts its day-to-day operations.

4. I have worked with Mr. Berk in connection with Center 5603 since mid-2007. During this time, I have found working with Mr. Berk to be very difficult because he often resorts to bully tactics and threats in order to get his way. For example, Mr. Berk has often used abusive language toward me and my staff as well as the UPS personnel that serviced Center 5603.

5. On Friday March 14, 2008, MBE terminated Mr. Berk's franchise based upon his reported threat to blow up the UPS Service Center in Nassau County, New York.

6. Based upon the gravity of Mr. Berk's threat, I have been required to dedicate one of my five District Consultants, Robert Kaufman, exclusively to monitoring and addressing issues associated with Mr. Berk's former franchise location. For example, Mr. Kaufman travels an hour twice a day to monitor whether Mr. Berk's business is operating and to report on the status of the business.

7. As a result, Mr. Kaufman has not been able to attend to his normal business responsibilities as he is instead addressing issues related to Mr. Berk's threat. Specifically, Mr. Kaufman is responsible for providing support for thirty-three Centers within Northeast Region 1. He also has been required to address numerous customer concerns relating to delivery and access to mail, courier package pick-up and deliveries, and general concerns related to Center 5603.

8. Due to Mr. Berk's unprofessional and outrageous course of conduct, I would have a very serious problem sending any of my District Consultants or any other MBE personnel into

Mr. Berk's center, in good conscious.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of April, 2008 in Williamstown, New Jersey.

Jay Schlessinger