UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIL BOXES ETC., INC.,<br>Plaintiff,<br>v.<br>STUPS, INC. and STUART BERK,<br>Defendants. | Civil No.08cv0491 JAH (POR)<br><br>**ORDER DENYING PLAINTIFF'S *EX PARTE* APPLICATION FOR EXPEDITED HEARING ON MOTION FOR LEAVE TO AMEND [Doc. No. 25] AND SETTING BRIEFING SCHEDULE** |

On April 4, 2008, Plaintiff Mail Boxes Etc.'s ("MBE") filed an *ex parte* application for expedited hearing on its motion for leave to amend (Doc. No. 25) and a motion for leave to amend (Doc. No. 27). Plaintiff seeks to amend its complaint to add United Parcel Service of America, Inc. ("UPS") as a plaintiff. MBE is a subsidiary of UPS and the trademarks at issue in this matter are owned and registered by UPS and licensed to MBE. UPS seeks to become a plaintiff so it can seek to enjoin Defendants' unauthorized use of its marks. Because UPS wishes to join in Plaintiff's motion for temporary restraining order set for hearing before this Court on April 11, 2008, Plaintiff asks the Court to expedite its motion so it may be heard on April 11, 2008.

This Court finds time constraints do not allow the motion to amend to be fully briefed by the parties before the hearing on April 11, 2008. Accordingly, Plaintiff's *ex parte* application is DENIED. However, the Court shall set an expedited briefing schedule on Plaintiff's motion to avoid any unreasonable delay in considering a motion to amend at the beginning stages of this litigation.

Based on the foregoing, IT IS HEREBY ORDERED:

1. Plaintiff's *ex parte* application for an expedited hearing is **DENIED**.

2. Defendants shall file a response to the motion **on or before April 14, 2008**.

3. Any reply shall be filed **on or before April 18, 2008**. ***The motion will be deemed under submission at that time.***

DATED: April 8, 2008

JOHN A. HOUSTON
United States District Judge