JOHN J. WALLER, JR. (State Bar No. 094449)
JAY STEIN (State Bar No. 141042)
Members of
FINESTONE & RICHTER,
A Professional Corporation
11601 Wilshire Boulevard, Suite 1900
Los Angeles, California 90025
Telephone: (310) 575-0800
Facsimile: (310) 575-0170
E-Mail: jwaller@frlawcorp.com
jstein@frlawcorp.com

Attorneys for Defendant and Counter-Claimant
Stups, Inc. and Defendant Stuart Berk

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAIL BOXES ETC., INC.,<br><br>Plaintiff,<br><br>v.<br><br>STUPS, INC. and STUART BERK,<br><br>Defendants.<br>_______________<br>AND RELATED COUNTER-CLAIM<br>_______________ | Case No.: 3:08-CV-00491-JAH-POR<br><br>**NOTICE OF NON-OPPOSITION BY DEFENDANT AND COUNTER-CLAIMANT STUPS, INC. AND DEFENDANT STUART BERK TO PLAINTIFF MAIL BOXES ETC., INC.'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>No Hearing Scheduled |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT** Defendant and Counter-Claimant Stups, Inc. and Defendant Stuart Berk have elected not to oppose the Motion for Leave to File First Amended Complaint submitted

by Plaintiff Mail Boxes Etc., Inc.

DATED: April 14, 2008

JOHN J. WALLER, JR.
JAY STEIN
FINESTONE & RICHTER

By: ______________________
John J. Waller, Jr.

Attorneys for Defendant and Counter-Claimant Stups, Inc. and Defendant Stuart Berk

F:\CLIENTS\Stups-Berk\Pleadings\Leave to Amend Complaint\Statement of Non-Opposition.doc

**PROOF OF SERVICE**
**1013 CCP**

**STATE OF CALIFORNIA, CITY AND COUNTY OF LOS ANGELES**

I am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 11601 Wilshire Boulevard, Suite 1900, Los Angeles, California 90025.

On April 14, 2008, I served true copies of the following document(s) described as **NOTICE OF NON-OPPOSITION BY DEFENDANT AND COUNTER-CLAIMANT STUPS, INC. AND DEFENDANT STUART BERK TO PLAINTIFF MAIL BOXES ETC., INC.'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** in this action to each party addressed as follows:

**SEE ATTACHED SERVICE LIST**

[ ] (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

[X] (BY ELECTRONIC DELIVERY) I caused said document(s) to be transmitted in PDF format via electronic mail delivery to the addressee(s) at the appropriate e-mail address(es).

Executed on April 14, 2008, at Los Angeles, California.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Amy D. Ferreira

**SERVICE LIST**

Paul A. Reynolds, Esq.
DLA Piper US, LLP
401 B Street
Suite 1700
San Diego, California 32101-4297
Facsimile: (619) 699-2701
E-Mail: paul.reynolds@dlapiper.com

Samuel B. Isaacson, Esq.
DLA Piper US, LLP
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60610
E-Mail: samuel.isaacson@dlapiper.com