PAUL A. REYNOLDS (Bar No. 179656)
TIMOTHY S. BLACKFORD (Bar No. 190900)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

SAMUEL B. ISAACSON (*Admitted Pro Hac Vice*)
PETER M. ELLIS (*Admitted Pro Hac Vice*)
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60610
Tel: 312.368.4000
Fax: 312.236.7516

Attorneys for Plaintiff
**Mail Boxes Etc., Inc.**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MAIL BOXES ETC., INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**STUPS, INC. and STUART BERK,**<br><br>**Defendants.** | Case No. 3:08-CV-00491-JAH-POR<br><br>**NOTICE OF APPEARANCE**<br><br>Judge: Hon. John A. Houston<br>Place: Courtroom 11 |

Timothy S. Blackford hereby enters his appearance on behalf of Plaintiff Mail Boxes Etc., Inc, in the above-entitled case.

Dated: April 16, 2008

DLA PIPER US LLP

By /s/ Timothy S. Blackford
TIMOTHY S. BLACKFORD
Attorneys for Plaintiff
Mail Boxes Etc., Inc.
tim.blackford@dlapiper.com