UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIL BOXES ETC., INC.,<br>Plaintiff,<br>v.<br>STUPS, INC. and STUART BERK,<br>Defendants.<br>AND RELATED COUNTERCLAIM. | Civil No.08cv0491 JAH (POR)<br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILED A FIRST AMENDED COMPLAINT [Doc. No. 27]** |

On April 4, 2008, Plaintiff filed a motion for leave to file a first amended complaint. Plaintiff seeks to amend the complaint to add United Parcel Service of America, Inc. ("UPS") as a co-plaintiff. Plaintiff maintains UPS is the owner of the trademarks at issue in this action and licenses the marks to MBE, a UPS subsidiary. Defendant filed a notice of non opposition to Plaintiff's motion on April 14, 2008.

The filing of an amended complaint after a responsive pleading has been filed may be allowed by leave of court and "[t]he court should freely give leave when justice so requires." Fed.R.Civ.P. 15(a). Granting leave to amend rests in the sound discretion of the trial court. International Ass'n of Machinists & Aerospace Workers v. Republic Airlines, 761 F.2d 1386, 1390 (9th Cir. 1985). This discretion must be guided by the strong federal policy favoring the disposition of cases on the merits and permitting amendments with "extreme liberality." DCD Programs Ltd. v. Leighton, 833 F.2d 183,

186 (9th Cir. 1987). In practice, however, courts more freely grant plaintiffs leave to amend pleadings in order to add claims than new parties. Union Pacific R.R. Co. v. Nevada Power Co., 950 F.2d 1429, 1432 (9th Cir. 1991).

Based on Rule 15(a)'s liberal policy, Defendants' lack of opposition, the early stage of the proceedings and after a thorough review of the case file in this matter, this Court finds that Plaintiff has shown good cause to amend the complaint as requested.

Accordingly, IT IS HEREBY ORDERED Plaintiff's motion for leave to file a first amended complaint is **GRANTED**. Plaintiff shall electronically file the first amended complaint attached to its motion.

DATED: April 28, 2008

JOHN A. HOUSTON
United States District Judge