PAUL A. REYNOLDS (Bar No. 179656)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

SAMUEL B. ISAACSON (*Admitted Pro Hac Vice*)
PETER M. ELLIS (*Admitted Pro Hac Vice*)
DLA PIPER US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601-1263
Tel. 312.368-4000
Fax: 312.236-7516

Attorney for Plaintiff
Mail Boxes Etc., Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**MAIL BOXES ETC., INC., and UNITED PARCEL SERVICE OF AMERICA, INC.**

**Plaintiffs,**

**v.**

**STUPS, INC. and STUART BERK,**

**Defendants.**

CV NO. 3:08-CV-00491-JAH-POR

**PLAINTIFF MAIL BOXES ETC., INC'S RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Mail Boxes Etc., Inc. ("MBE"), by its undersigned attorneys, states that MBE is a Delaware corporation and hereby certifies that United Parcel Service of America, Inc., a publicly held corporation, is the parent company of MBE.

Dated: April 4, 2008

DLA PIPER US LLP

By /s/ Paul A. Reynolds
PAUL A. REYNOLDS
Attorney for Plaintiff
Mail Boxes Etc., Inc.