JOHN J. WALLER, JR. (State Bar No. 094449)
JAY STEIN (State Bar No. 141042)
Members of
FINESTONE & RICHTER,
A Professional Corporation
11601 Wilshire Boulevard, Suite 1900
Los Angeles, California 90025
Telephone: (310) 575-0800
Facsimile: (310) 575-0170
E-Mail: jwaller@frlawcorp.com
jstein@frlawcorp.com

Attorneys for Defendant/Counter-Claimant
Stups, Inc. and Defendant Stuart Berk

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAIL BOXES ETC., INC., Plaintiff, v. STUPS, INC. and STUART BERK, Defendants. | Case No.: 3:08-CV-00491-JAH- POR |
| STUPS, INC. Counter-Claimant, v. MAIL BOXES ETC., INC., Counter-Defendant. | **STATEMENT OF COMPLIANCE WITH COURT'S APRIL 28, 2008 ORDER BY DEFENDANT/COUNTER-CLAIMANT STUPS, INC. AND DEFENDANT STUART BERK** |

Defendant/Counter-Claimant Stups, Inc. and Defendant Stuart Berk (collectively "Stups"), by and through their counsel of record, hereby certify that they have complied with the Court's directives set forth in its Order, dated April 28, 2008. Among other things, Stups has taken the following actions to comply with the Court's Order:

1. Stups has ceased all use of Plaintiffs' trademarks, service marks, logos, symbols and trade dress at its store. Stups has covered the sign on the roof of its store with a tarp and has removed all references to Mail Boxes Etc. and UPS from the store's windows and door. Stups has also taken down all of the Mail Boxes, Etc. and UPS posters and point of sale displays in its store. In addition, Stups has ceased placing new advertisements that advertise its relationship with Mail Boxes Etc. and UPS.

2. In addition to the measures described in paragraph 1, Stups has also taken steps to avoid giving the public the impression that it is still affiliated with MBE, including: informing those persons who enter the store that Stups is no longer a Mail Boxes, Etc. or UPS store; ceasing to ship packages by UPS from the store and directing potential customers, instead, to use other Mail Boxes, Etc./UPS stores or the UPS service center in Uniondale, New York to ship their packages.

///

///

///

3. Since the entry of the Court's preliminary injunction order, Stups has not done or said anything to disparage Mail Boxes Etc. or UPS.

DATED: May 8, 2008

JOHN J. WALLER, JR.
JAY STEIN
FINESTONE & RICHTER

By [signature]
Jay Stein

Attorneys for Defendant/Counter-Claimant Stups, Inc. and Defendant Stuart Berk

F:\CLIENTS\Stups-Berk\Pleadings\TRO Compliance.jjw.doc

**PROOF OF SERVICE**
**1013 CCP**

**STATE OF CALIFORNIA, CITY AND COUNTY OF LOS ANGELES**

I am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 11601 Wilshire Boulevard, Suite 1900, Los Angeles, California 90025.

On May 8, 2008, I served true copies of the following document(s) described as **STATEMENT OF COMPLIANCE WITH COURT'S APRIL 28, 2008 ORDER BY DEFENDANT/COUNTER-CLAIMANT STUPS, INC. AND DFENDANT STUART BERK** in this action to each party addressed as follows:

**SEE ATTACHED SERVICE LIST**

[ ] (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

[X] (BY ELECTRONIC DELIVERY) I caused said document(s) to be transmitted in PDF format via electronic mail delivery to the addressee(s) at the appropriate e-mail address(es).

Executed on May 8, 2008, at Los Angeles, California.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

AMY D. FERREIRA

**SERVICE LIST**

Paul A. Reynolds, Esq.
DLA Piper US, LLP
401 B Street
Suite 1700
San Diego, California 32101-4297
Facsimile: (619) 699-2701
E-Mail: paul.reynolds@dlapiper.com

Timothy Scott Blackford, Esq.
DLA Piper US, LLP
401 B Street
Suite 1700
San Diego, California 32101-4297
Facsimile: (619) 699-2701
E-Mail: tim.blackford@dlapiper.com

Samuel B. Isaacson, Esq.
DLA Piper US, LLP
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60610
Facsimile: (312) 251-5827
E-Mail: samuel.isaacson@dlapiper.com