# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIL BOXES ETC., INC., <br><br> Plaintiff, <br><br> v. <br><br> STUPS, INC. and STUART BERK, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM. | Civil No.08cv0491 JAH (POR) <br><br> **ORDER DENYING DEFENDANTS/COUNTER-CLAIMANTS' MOTION TO DISMISS [Doc. No. 18]** |

Plaintiff/Counter-Defendant having filed a first amended complaint on April 29, 2008, this Court finds Defendants/Counter-claimants' motion to dismiss Plaintiff's original complaint is moot. Accordingly, IT IS HEREBY ORDERED Defendants' motion to dismiss (Doc. No. 18) is **DENIED as moot** and the hearing set for May 19, 2008 is **VACATED**.

DATED: May 13, 2008

_____
JOHN A. HOUSTON
United States District Judge

08cv0491