# AMENDED DOCKET FEE NOTIFICATION

| | |
|---|---|
| **TO:** | Clerk, U.S. Court of Appeals |
| **FROM:** | U.S. District Court, Southern District of California |
| **DATE:** | 5/30/2008 |
| **SUBJECT:** | Amended Docket Fee Notification |

| ***AMENDED FEE INFORMATION*** | | | | | |
|---|---|---|---|---|---|
| **Case Title** | Mail Boxes Etc, Inc v. Stups, Inc, et al | | | | |
| **USCA Case Number** | | | | | |
| **USDC Case Number** | 08cv491 JAH (POR) | | | | |
| **Paid:** $455 | | **F/P:** | | **Date:** | 5/29/2008 |
| **District Court Clerk By:** | L. Hammer **L. Hammer** | | | | |

FILED
MAY 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 151360 - MB

May 29, 2008
16:04:38

Appeal Non-Pris
USAO #.: 08CV0491
Judge..: JOHN A HOUSTON
Amount.: $455.00 CK
Check#.: BC216972

Total-> $455.00

FROM: MAIL BOXES ETC
VS.
STUPS INC & STUART BERK

**UNITED STATES DISTRICT COURT**
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

To: Clerk, U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

Re: **USCA No:**
**USDC No:** **08cv491 JAH (POR)**
**Mail Boxes Etc, Inc v. Stups, Inc., et al**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Copy of the Notice of Appeal | | | | | | Docket Entries |
| | Case Information/Docket Fee Payment Notification Form | | | | | | |
| | Order for Time Schedule (Criminal) | | | | | | |
| | Original Clerk's Record in | | | | set(s) of | | volume(s). |
| | Reporter's transcript's transcripts in | | | | set(s) of | | volume(s). |
| | Exhibits in | | envelope(s) | | box(es) | | folders(s) |
| | Judgement Order | | | | | | F/P Order |
| | CJA Form 20 | | | | | | Minute Order |
| | Certificate of Record | | | | | | Mandate Return |
| | Magistrate Judge's Report and Recommendation | | | | | | |
| | COA Order | | | | | | |
| x | Amended docket fee notification form | | | | | | |
| | Order Appointing Counsel for Appeal | | | | | | |
| | | | | | | | |
| x | Please acknowledge on the enclosed copy of this transmittal | | | | | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date: 05/30/08

By: **L. Hammer**
Lauren Hammer, **Deputy**