UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIL BOXES ETC., INC., Plaintiff, v. STUPS, INC. and STUART BERK, Defendants. | Civil No. 08cv0491-JAH (POR) **ORDER REGARDING RULE 26 DATES** |

On May 29, 2008, the Court held an Early Neutral Evaluation. Appearing before the Court were Peter Ellis, Esq., and Tim Blackford, Esq., counsel for Plaintiff; Don Higginson, a representative of Plaintiff; Jay Stein, Esq., counsel for Defendants; and Defendant Stuart Berk, on behalf of himself and as President of Stups, Inc. The case did not settle. After consulting with counsel and discussing compliance with Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

1. A Settlement Conference shall be held on **June 6, 2008** at **9:30 a.m.** The conference shall be telephonic, with attorneys only. Plaintiff's counsel shall initiate and coordinate the call.
2. The Rule 26(f) conference shall be completed on or before **June 20, 2008**.
3. A Discovery Plan shall be lodged with the chambers of the Honorable Louisa S Porter via email to efile_porter@casd.uscourts.gov on or before **June 27, 2008**.
4. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **July 9, 2008**.

5. Pursuant to Federal Rule of Civil Procedure 16(b), a Case Management Conference shall be held on **July 15, 2008** at **9:30 a.m.** The conference shall be telephonic, with attorneys only. Plaintiff's counsel shall initiate and coordinate the call.

6. Plaintiff's counsel shall serve a copy of this order on any parties that enter this case hereafter.

7. Failure of any counsel or party to comply with this order may result in sanctions.

DATED: May 30, 2008

Louisa Porter

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable John A. Houston
all parties