UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIL BOXES ETC., INC., Plaintiff, v. STUPS, INC. And STUART BERK, Defendants. | Civil No. 08cv0491-JAH (POR) **ORDER SCHEDULING SETTLEMENT CONFERENCE** |

On June 6, 2008, the Court held a Settlement Conference. Peter Ellis, Esq., counsel for Plaintiff, and Jay Stein, Esq., counsel for Defendants, appeared before the Court. Plaintiff's counsel represent that additional time is necessary to produce a settlement offer to Defendants. Based on discussions with counsel, the Court hereby orders Plaintiff to make due diligent efforts to produce a complete offer to Defendants by noon (PST) on June 9, 2008.

A Settlement Conference shall be held on **June 18, 2008** at **1:45 p.m.** The conference shall be telephonic, with attorneys only. Plaintiff's counsel shall initiate and coordinate the call.

**IT IS SO ORDERED.**

DATED: June 6, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable John A. Houston
all parties