UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MAIL BOXES ETC., INC.,

Plaintiff,

v.

STUPS, INC. And STUART BERK,

Defendants.

Civil No. 08cv0491-JAH (POR)

**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE**

On June 18, 2008, the Court held a Settlement Conference. Peter Ellis, Esq., counsel for Plaintiff, and Jay Stein, Esq., counsel for Defendants, appeared before the Court. Counsel represented the case has settled. Accordingly, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be submitted to the Honorable John A. Houston on or before **July 11, 2008.** A courtesy copy shall be delivered to the chambers of the Honorable Louisa S Porter by fax to (619) 702-9925 or email to efile_porter@casd.uscourts.gov.

2. If a Joint Motion for Dismissal is not submitted on or before July 11, 2008, then a Settlement Disposition Conference shall be held on **July 15, 2008** at **9:30 a.m.** before Judge Porter. The conference shall be telephonic, with attorneys only. Plaintiff's counsel shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal is received on or before July 11, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

///

4. All other dates set forth in the Court's order dated May 30, 2008 are hereby vacated.

DATED: June 19, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable John A. Houston
all parties