TIMOTHY S. BLACKFORD (Bar No. 190900)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

SAMUEL B. ISAACSON (*Admitted Pro Hac Vice*)
PETER M. ELLIS (*Admitted Pro Hac Vice*)
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60610
Tel: 312.368.4000
Fax: 312.236.7516

Attorneys for Plaintiffs
**Mail Boxes Etc., Inc. and United Parcel Service of America, Inc.**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**MAIL BOXES ETC., INC. and UNITED PARCEL SERVICE OF AMERICA, INC.,**

**Plaintiffs,**

**v.**

**STUPS, INC. and STUART BERK,**

**Defendants.**

Case No. 3:08-CV-00491-JAH-POR

**JOINT MOTION TO DISMISS ACTION**

Judge: Hon. John A. Houston
Place: Courtroom 11

Plaintiffs, Mail Boxes Etc., Inc. and United Parcel Service of America, Inc., and defendants, Stups, Inc. and Stuart Berk, hereby stipulate as follows pursuant to Federal Rule of Civil Procedure 41(a)(1) through their designated counsel:

1. The parties to this action have entered a Settlement Agreement pursuant to which the parties have agreed that this action shall be dismissed with prejudice.

2. Each party agrees to bear his/its own attorneys' fees and costs.

Dated: July 10, 2008

DLA PIPER US LLP

By /s/ Timothy S. Blackford
TIMOTHY S. BLACKFORD
Attorneys for Plaintiffs
MAIL BOXES ETC., INC. and UNITED PARCEL SERVICE OF AMERICA, INC.
tim.blackford@dlapiper.com

Dated: July 10, 2008

FINESTONE & RICHTER

By /s/ Jay Stein
JAY STEIN
Attorneys for Defendants
STUPS, INC. and STUART BERK
jstein@frlawcorp.com

**Certification regarding signatures:** I hereby attest that all of the signatories to this document have approved its content.

By: /s/ Timothy S. Blackford