**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MAIL BOXES ETC., INC. and UNITED PARCEL SERVICE OF AMERICA, INC.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**STUPS, INC. and STUART BERK,**<br><br>**Defendants.** | Case No. 3:08-CV-00491-JAH-POR<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION**<br><br>Judge: Hon. John A. Houston<br>Place: Courtroom 11 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Mail Boxes Etc., Inc. and United Parcel Service of America, Inc., and Defendants Stups, Inc. and Stuart Berk have jointly moved to dismiss with prejudice all of the claims and counterclaims arising from this action. Each party is to bear its own costs and fees. The motion is GRANTED.

IT IS SO ORDERED.

Dated: June 11, 2008

Hon. John A. Houston
United States District Court Judge