FILED
AUG 04 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY AKK DEPUTY

FILED
AUG 04 2008
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| MAIL BOXES ETC., INC.,<br>Plaintiff-counter-defendant - Appellee,<br>v.<br>STUPS, INC.; et al.,<br>Defendants-counter-claimants - Appellants. | No. 08-55942<br>D.C. No. 3:08-cv-00491-JAH-POR<br>Southern District of California, San Diego<br>ORDER |

The court is in receipt of appellants' Notice of Settlement and Abandonment of Appeal as Moot and construes such filing as a motion to dismiss the present appeal.

So construed, said motion to dismiss this appeal is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: Peter W. Sherwood
Circuit Mediator

pws/Mediation